IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
*In re*                                                     :   Chapter 11
                                                            :
INTERNATIONAL ALUMINUM CORPORATION,                         :   Case No. 10-_____ ( )
                                                            :
                                                            :
      Debtor.                                               :
                                                            :
Employer Tax I.D. No. 87-0813332                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
*In re*                                                     :   Chapter 11
                                                            :
IAC HOLDING CO.,                                            :   Case No. 10-_____ ( )
                                                            :
                                                            :
      Debtor.                                               :
                                                            :
Employer Tax I.D. No. 35-2293119                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
*In re*                                                     :   Chapter 11
                                                            :
UNITED STATES ALUMINUM CORPORATION,                         :   Case No. 10-_____ ( )
                                                            :
                                                            :
      Debtor.                                               :
                                                            :
Employer Tax I.D. No. 95-2458449                            :
------------------------------------------------------------x

```
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
UNITED STATES ALUMINUM                                      :    Case No. 10-_____ ( )
CORPORATION – ILLINOIS,                                     :
                                                            :
        Debtor.                                             :
                                                            :
Employer Tax I.D. No. 36-2902481                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
UNITED STATES ALUMINUM                                      :    Case No. 10-_____ ( )
CORPORATION – TEXAS,                                        :
                                                            :
        Debtor.                                             :
                                                            :
Employer Tax I.D. No. 75-1546269                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
UNITED STATES ALUMINUM                                      :    Case No. 10-_____ ( )
CORPORATION – CAROLINA,                                     :
                                                            :
        Debtor.                                             :
                                                            :
Employer Tax I.D. No. 95-3953238                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
INTERNATIONAL EXTRUSION CORPORATION,                        :    Case No. 10-_____ ( )
                                                            :
                                                            :
        Debtor.                                             :
                                                            :
Employer Tax I.D. No. 95-2105103                            :
------------------------------------------------------------x
```

```
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
INTERNATIONAL EXTRUSION                         :    Case No. 10-_____ ( )
CORPORATION – TEXAS,                            :
                                                :
        Debtor.                                 :
                                                :
Employer Tax I.D. No. 95-3449058                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
RACO INTERIOR PRODUCTS, INC.,                   :    Case No. 10-_____ ( )
                                                :
        Debtor.                                 :
                                                :
Employer Tax I.D. No. 74-2960437                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
INTERNATIONAL WINDOW CORPORATION,               :    Case No. 10-_____ ( )
                                                :
        Debtor.                                 :
                                                :
Employer Tax I.D. No. 95-1985989                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
INTERNATIONAL WINDOW – ARIZONA, INC.,           :    Case No. 10-_____ ( )
                                                :
        Debtor.                                 :
                                                :
Employer Tax I.D. No. 93-0702781                :
------------------------------------------------x
```

```
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
GENERAL WINDOW CORPORATION,                                     :    Case No. 10-_____ ( )
                                                                :
                                                                :
         Debtor.                                                :
                                                                :
Employer Tax I.D. No. 94-1617764                                :
----------------------------------------------------------------x
```

## DEBTORS' MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

International Aluminum Corporation and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "**IAC**," or the "**Debtors**")[1] submit this motion (the "**Motion**") for entry of an order (the "**Proposed Order**"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), directing the joint administration of these cases for procedural purposes only. In support of the Motion, the Debtors submit the Declaration of Jeffrey B. Park in Support of the Debtors' Chapter 11 Petitions and Request for First Day Relief (the "**Park Declaration**"), filed contemporaneously herewith, and respectfully represent as follows:

### Background

1.   On the date hereof (the "**Commencement Date**"), each of the Debtors commenced a voluntary case under chapter 11 of title 11 of the United States Code (the

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: International Aluminum Corporation (3332), IAC Holding Co. (3119), United States Aluminum Corporation (8449), United States Aluminum Corporation – Carolina (3238),United States Aluminum Corporation – Illinois (2481), United States Aluminum Corporation – Texas (6269), RACO Interior Products, Inc. (0437), General Window Corporation (7764), International Extrusion Corporation – Texas (9058), International Extrusion Corporation (5103), International Window – Arizona, Inc. (2781), and International Window Corporation (5989). The Debtors may be served at: International Aluminum Corporation, 767 Monterey Pass Road, Monterey Park, California 91754.

4

"**Bankruptcy Code**") in this Court (the "**Chapter 11 Cases**"). The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Information regarding the Debtors' businesses and the background of the Chapter 11 Cases can be found in the Park Declaration.

2. Prior to the Commencement Date, the Debtors engaged in good faith negotiations with Canadian Imperial Bank of Commerce, New York Agency, as administrative agent (the "**Administrative Agent**") and lender under that certain Credit Agreement, dated as of March 30, 2007 (as amended, supplemented or otherwise modified, the "**Prepetition Credit Agreement**") and the other financial institutions from time to time party thereto, as lenders (collectively, the "**Prepetition Lenders**"). As a result of these negotiations, the Debtors and certain of the Prepetition Lenders (the "**Required Supporting Holders**"), who hold more than 66 2/3% in principal amount under and one-half in number of claims in respect of the Prepetition Credit Agreement and related documents, entered into a Restructuring Support Agreement (the "**Restructuring Support Agreement**"). The Restructuring Support Agreement and the term sheet attached thereto provide for the Debtors' financial restructuring to be effected through a pre-negotiated plan of reorganization, which the Required Supporting Holders have agreed to support and, subject to compliance with the Bankruptcy Code, vote in favor of. In accordance with the Restructuring Support Agreement, the Debtors have filed a proposed joint plan of reorganization and accompanying disclosure statement contemporaneously with this Motion.

## Jurisdiction

3. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

4. By this Motion, the Debtors request, pursuant to Bankruptcy Rule 1015(b), entry of the Proposed Order, substantially in the form attached hereto as **Exhibit A**, directing the joint administration of the Chapter 11 Cases for procedural purposes only.

## Basis For Relief Requested

5. Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." FED. R. BANKR. P. 1015(b). The Debtors are "affiliates" as defined under section 101(2) of the Bankruptcy Code. Accordingly, this Court is authorized to consolidate these cases for procedural purposes.

6. In addition, Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**") provides in relevant part as follows:

> An order of joint administration may be entered . . . upon the filing of a motion for joint administration . . . supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.

Del. Bankr. L.R. 1015-1.

7. Pursuant to Local Bankruptcy Rule 1015-1, the Debtors have filed the Park Declaration contemporaneously herewith. The Declaration establishes that the joint administration of the Debtors' respective estates is warranted and will ease the administrative burden for the Court, the United States Trustee for the District of Delaware, and other parties in interest by removing the need to prepare, replicate, file and serve duplicative notices, applications and orders. The Debtors will also likely realize substantial cost savings and reduced

6

administrative burdens by sending notices in the Chapter 11 Cases to a single matrix of creditors and Bankruptcy Rule 2002 list, rather than maintaining separate notice lists.

8. Accordingly, the Debtors respectfully request that the caption of their cases be modified as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
: 
*In re* : Chapter 11
: 
INTERNATIONAL ALUMINUM : Case No. 10-_____ ( )
CORPORATION, *et al.*, :
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------x

9. The Debtors also seek the Court's direction that a notation substantially similar to the following be made in each of the Chapter 11 Cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 Cases of International Aluminum Corporation, IAC Holding Co., United States Aluminum Corporation, United States Aluminum Corporation – Illinois, United States Aluminum Corporation – Texas, United States Aluminum Corporation – Carolina, International Extrusion Corporation, International Extrusion Corporation – Texas, RACO Interior Products, Inc., International Window Corporation, International Window – Arizona, Inc., and General Window Corporation. The docket in Case No. 10-_____ (___) should be consulted for all matters affecting these cases.

10. Finally, since an order of joint administration relates to the routine administration of a case, it may be entered by the Court in its sole discretion on an *ex parte* basis. *See* Del. Bankr. L.R. 1015-1. The *ex parte* entry of joint administration orders in multiple related cases such as these is common and generally non-controversial in this District. *See, e.g.*,

7

RLF1 3522510v.1

*In re Aleris International, Inc.*, Case No. 09-10478 (BLS) (Bankr. D. Del. Feb. 13, 2009); *In re Recycled Paper Greetings, Inc.*, No. 09-10002 (KG) (Bankr. D. Del. Jan. 5, 2009); *In re Washington Mutual, Inc., et al.*, Case No. 08-12229 (MFW) (Bankr. D. Del. October 3, 2008); *In re SemCrude, L.P.*, No. 08-11525 (BLS) (Bankr. D. Del. July 23, 2008).

11. Based on the foregoing, the Debtors submit that the relief requested is necessary, appropriate and in the best interests of their estates and creditors and that the Motion should be granted in all respects.

## Notice

12. No trustee or examiner has been appointed in the Chapter 11 Cases. Notice of this Motion shall be provided to (i) the Office of the United States Trustee for the District of Delaware, (ii) the Debtors' 30 largest unsecured creditors (on a consolidated basis), (iii) Latham & Watkins LLP, as counsel to the Administrative Agent, and (iv) White & Case LLP, as counsel to the ad hoc committee of noteholders under the Debtors' unsecured subordinated loan agreement, dated as of March 30, 2007. As this Motion is seeking first-day relief, notice of this Motion and any order entered hereon will be served on all parties required by Del. Bankr. L.R. 9013-1(m). Due to the urgency of the circumstances surrounding this Motion and the nature of the relief requested herein, the Debtors respectfully submit that no further notice of this Motion is required.

WHEREFORE, the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as the Court may deem just and proper.

Dated: January 4, 2010
      Wilmington, Delaware

*/s/ Katherine Good*
Mark D. Collins (No. 2931)
John H. Knight (No. 3848)
L. Katherine Good (No. 5101)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Direct Dial: (302) 651-7700
Direct Fax: (302) 654-7701
Email: collins@rlf.com
      knight@rlf.com
      good@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Gary T. Holtzer
Robert J. Lemons

PROPOSED ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION

9

RLF1 3522510v.1

# Exhibit A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re*                                                        :    Chapter 11
                                                               :
INTERNATIONAL ALUMINUM CORPORATION,                            :    Case No. 10-_____ ( )
                                                               :
                                                               :
        Debtor.                                                :
                                                               :
Employer Tax I.D. No. 87-0813332                               :
---------------------------------------------------------------x
---------------------------------------------------------------x
                                                               :
*In re*                                                        :    Chapter 11
                                                               :
IAC HOLDING CO.,                                               :    Case No. 10-_____ ( )
                                                               :
                                                               :
        Debtor.                                                :
                                                               :
Employer Tax I.D. No. 35-2293119                               :
---------------------------------------------------------------x
---------------------------------------------------------------x
                                                               :
*In re*                                                        :    Chapter 11
                                                               :
UNITED STATES ALUMINUM CORPORATION,                            :    Case No. 10-_____ ( )
                                                               :
                                                               :
        Debtor.                                                :
                                                               :
Employer Tax I.D. No. 95-2458449                               :
---------------------------------------------------------------x

---------------------------------------------------------------x
: 
*In re* : Chapter 11
: 
UNITED STATES ALUMINUM : Case No. 10-_____ ( )
CORPORATION – ILLINOIS, :
:
      Debtor. :
:
Employer Tax I.D. No. 36-2902481 :
---------------------------------------------------------------x
---------------------------------------------------------------x
:
*In re* : Chapter 11
:
UNITED STATES ALUMINUM : Case No. 10-_____ ( )
CORPORATION – TEXAS, :
:
      Debtor. :
:
Employer Tax I.D. No. 75-1546269 :
---------------------------------------------------------------x
---------------------------------------------------------------x
:
*In re* : Chapter 11
:
UNITED STATES ALUMINUM : Case No. 10-_____ ( )
CORPORATION – CAROLINA, :
:
      Debtor. :
:
Employer Tax I.D. No. 95-3953238 :
---------------------------------------------------------------x
---------------------------------------------------------------x
:
*In re* : Chapter 11
:
INTERNATIONAL EXTRUSION CORPORATION, : Case No. 10-_____ ( )
:
:
      Debtor. :
:
Employer Tax I.D. No. 95-2105103 :
---------------------------------------------------------------x

```
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
INTERNATIONAL EXTRUSION                         :    Case No. 10-_____ (  )
CORPORATION – TEXAS,                            :
                                                :
         Debtor.                                :
                                                :
Employer Tax I.D. No. 95-3449058                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
RACO INTERIOR PRODUCTS, INC.,                   :    Case No. 10-_____ (  )
                                                :
         Debtor.                                :
                                                :
Employer Tax I.D. No. 74-2960437                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
INTERNATIONAL WINDOW CORPORATION,               :    Case No. 10-_____ (  )
                                                :
         Debtor.                                :
                                                :
Employer Tax I.D. No. 95-1985989                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
INTERNATIONAL WINDOW – ARIZONA, INC.,           :    Case No. 10-_____ (  )
                                                :
         Debtor.                                :
                                                :
Employer Tax I.D. No. 93-0702781                :
------------------------------------------------x
```

```
---------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
GENERAL WINDOW CORPORATION,               :    Case No. 10-_____ (   )
                                          :
                                          :
        Debtor.                           :
                                          :
Employer Tax I.D. No. 94-1617764          :
---------------------------------------------------------------x
```

## ORDER PURSUANT TO RULE 1015(b) OF THE
## FEDERAL RULES OF BANKRUPTCY PROCEDURE
## DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "**Motion**") of International Aluminum Corporation and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, "**IAC**," or the "**Debtors**")[1] for entry of an order pursuant to Bankruptcy Rule 1015(b),[2] directing the joint administration of the Chapter 11 Cases for procedural purposes only, all as more fully set forth in the Motion; and upon the Declaration of Jeffrey B. Park in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief; and consideration of the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided and it appearing that no other or further notice need be provided; and this Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: International Aluminum Corporation (3332), IAC Holding Co. (3119), United States Aluminum Corporation (8449), United States Aluminum Corporation – Carolina (3238), United States Aluminum Corporation – Illinois (2481), United States Aluminum Corporation – Texas (6269), RACO Interior Products, Inc. (0437), General Window Corporation (7764), International Extrusion Corporation – Texas (9058), International Extrusion Corporation (5103), International Window – Arizona, Inc. (2781), and International Window Corporation (5989). The Debtors may be served at: International Aluminum Corporation, 767 Monterey Pass Road, Monterey Park, California 91754.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is GRANTED to the extent provided herein; and it is further

ORDERED that the above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 10-_____ (____); and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: 
*In re* : Chapter 11
:
INTERNATIONAL ALUMINUM : Case No. 10-_____ (   )
CORPORATION, *et al.*, :
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x

; and it is further

ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 Cases of International Aluminum Corporation, IAC Holding Co., United States Aluminum Corporation, United States Aluminum Corporation – Illinois, United States Aluminum Corporation – Texas, United States Aluminum Corporation – Carolina, International Extrusion Corporation, International Extrusion Corporation – Texas, RACO Interior Products, Inc., International Window Corporation, International Window – Arizona, Inc., and General Window Corporation. The docket in Case No. 10-_____ (\_\_\_) should be consulted for all matters affecting these cases.

; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2010
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43229890\04\54057.0007
RLF1 3522510V.1

6