IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
*In re*                                                     :     Chapter 11
                                                            :
INTERNATIONAL ALUMINUM                                      :     Case No. 10-10003 (___)
CORPORATION, *et al.*,[1]                                   :
                                                            :     (Joint Administration Requested)
                     Debtors.                               :
------------------------------------------------------------x

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

A.  **VOLUNTARY PETITIONS**

   1.  Voluntary Petition of International Aluminum Corporation

   2.  Voluntary Petition of IAC Holding Co.

   3.  Voluntary Petition of United States Aluminum Corporation

   4.  Voluntary Petition of United States Aluminum Corporation - Carolina

   5.  Voluntary Petition of United States Aluminum Corporation - Illinois

   6.  Voluntary Petition of United States Aluminum Corporation - Texas

   7.  Voluntary Petition of RACO Interior Products, Inc.

   8.  Voluntary Petition of General Window Corporation

   9.  Voluntary Petition of International Extrusion Corporation - Texas

   10. Voluntary Petition of International Extrusion Corporation

   11. Voluntary Petition of International Window - Arizona, Inc.

   12. Voluntary Petition of International Window Corporation

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: International Aluminum Corporation (3332), IAC Holding Co. (3119), United States Aluminum Corporation (8449), United States Aluminum Corporation – Carolina (3238),United States Aluminum Corporation – Illinois (2481), United States Aluminum Corporation – Texas (6269), United States Aluminum of Canada, Ltd. (7351); RACO Interior Products, Inc. (0437), General Window Corporation (7764), International Extrusion Corporation – Texas (9058), International Extrusion Corporation (5103), International Window – Arizona Inc. (2781), and International Window Corporation (5989).

B.  **FIRST DAY DECLARATION**

   1. Declaration of Jeffrey B. Park in Support of Debtors' Chapter 11 Petitions and Request for First Day Relief [Docket No. 9 - filed January 4, 2010]

C.  **FIRST DAY MOTIONS**

   1. Debtors' Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure [Docket No. 2 - filed January 4, 2010]

   2. Debtors' Motion for an Order Pursuant to Sections 105(a), 362(d), 363(b), and 503(b) of the Bankruptcy Code (I) for Authority to (A) Continue their Workers' Compensation Programs and their Liability, Property, and Other Insurance Programs and (B) Pay all Obligations in Respect Thereof and (II) for Authorization of Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 3 - filed January 4, 2010]

   3. Debtors' Motion Pursuant to sections 105(a) and 366 of the Bankruptcy Code for an Order (I) Approving Debtors' Proposed Form of Adequate Assurance; (II) Resolving Objections by Utility Companies; and (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service [Docket No. 5 - filed January 4, 2010]

   4. Debtors' Motion for an Order Pursuant to Sections 105(a), 363(b), and 541 of the Bankruptcy Code for Authorization to Pay Prepetition Sales Taxes, Use Taxes, Property Taxes, and Certain Other Governmental Assessments [Docket No. 6 - filed January 4, 2010]

   5. Debtors' Motion for an Order Pursuant to Sections 105(a), 363(b), and 503(b)(1) of the Bankruptcy Code for Authorization to Honor Prepetition Obligations to Customers and Otherwise Continue Customer Programs in the Ordinary Course of Business [Docket No. 4 - filed January 4, 2010]

   6. Debtors' Motion for an Order Pursuant to Sections 105(a), 345(b), and 363(c) of the Bankruptcy Code (I) Authorizing the Debtors to (A) Continue their Existing Cash Management System and (B) Maintain their Existing Bank Accounts and Business Forms, and (II) Granting an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code [Docket No. 11 - filed January 4, 2010]

   7. Debtors' Motion for Entry of an Order Pursuant to Sections 105(a), 363(b), and 507(a) of the Bankruptcy Code (A) Authorizing the Debtors to (I) Pay Certain Employee Compensation and Benefits and (II) Maintain and Continue Such Benefits and Other Employee-Related Programs and (B) Authorizing Financial

Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 7 - filed January 4, 2010]

8. Application of the Debtors for an Order Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) Authorizing the Retention of Kurtzman Carson Consultants LLC as Noticing and Claims Agent and Approving Related Service Agreement *Nunc Pro Tunc* to the Petition Date [Docket No. 8 - filed January 4, 2010]

9. Motion of Debtors for an Order (I) Authorizing the Use of Cash Collateral Under 11 § U.S.C. 363, (II) Granting Adequate Protection Under 11 U.S.C. §§ 361, 363, and 507 and (III) Scheduling a Final Hearing under Bankruptcy Rule 4001(b) [Docket No. 12 - filed January 4, 2010]

10. Debtor's Motion to (I) Preliminarily Approve the Disclosure Statement; (II) Approve the Form of Notice of Combined Hearing on the Approval of the Disclosure Statement and Confirmation of the Plan and Distribution Thereof; (III) Approve the Solicitation Packages and Procedures for the Distribution Thereof; (IV) Approve the Form of Ballot and Distribution Thereof, Setting the Record Date, the Voting Deadline, and Establishing Procedures for Vote Tabulation; (V) Establish Procedures for Filing Objections to the Disclosure Statement and Confirmation of the Plan; and (VI) Authorize Related Relief [Docket No. 15 - filed January 5, 2010]

D. **PLAN RELATED DOCUMENTS**[2]

11. Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of IAC Holding Co., International Aluminum Corporation, United States Aluminum Corporation, United States Aluminum Corporation-Carolina, United States Aluminum Corporation-Illinois, United States Aluminum Corporation-Texas, RACO Interior Products, Inc., General Window Corporation, International Extrusion Corporation-Texas, International Extrusion Corporation, International Window-Arizona, Inc., and International Window Corporation [Docket No. 13 - filed January 5, 2010]

12. Disclosure Statement Relating to the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of IAC Holding Co., International Aluminum Corporation, United States Aluminum Corporation, United States Aluminum Corporation-Carolina, United States Aluminum Corporation-Texas, United States Aluminum Corporation-Illinois, RACO Interior Products, Inc., General Window Corporation, International Extrusion Corporation-Texas, International Extrusion Corporation, International Window-Arizona, Inc., and International Window Corporation [Docket No. 14 - filed January 5, 2010]

---

[2] Copies of these documents have been included herein for the convenience of the Court. These matters will not be going forward at the first-day hearing.

3

Dated: January 5, 2010
       Wilmington, Delaware

Respectfully submitted,

*/s/ Katherine Good*
Mark D. Collins ( No. 2931)
John H. Knight ( No. 3848)
L. Katherine Good ( No. 5101)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Direct Dial: (302) 651-7700
Direct Fax: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Gary T. Holtzer
Robert J. Lemons

*Proposed Counsel to Debtors
and Debtors In Possession*