## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
| | : | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| INTERNATIONAL ALUMINUM CORPORATION, *et al.*, | : | Case No. 10-10003 (MFW) |
| | : | (Joint Administration Requested) |
| Debtors. | : | |
| | : | |

---------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mark A. Broude, of Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022 to represent Canadian Imperial Bank of Commerce, New York Agency, in the above named action.

Dated: January 5, 2010
Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Sommer L. Ross (DE 4598)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
slross@duanemorris.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: January 5, 2010

_____
United States Bankruptcy Court Judge

DM3\1225834.1

Docket No.: 19
Filed: 1-5-10

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and that I am admitted, practicing and in good standing as a member of the Bar of the State of New York. I further certify pursuant to Local Rule 83.6 that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

*[signature]*

Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: mark.broude@lw.com

*Counsel to Canadian Imperial Bank of Commerce, New York Agency*