## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re                           :        **Chapter 11**

                                :

**INTERNATIONAL ALUMINUM**    :        **Case No. 10-10003 (MFW)**

**CORPORATION, et al.,**[1]        :

                                :        **(Jointly Administered)**

                                :

                **Debtors.**      :

------------------------------------------------------------x

## SCHEDULE OF ASSETS AND LIABILITIES FOR
## <u>INTERNATIONAL ALUMINUM CORPORATION, CASE NO. 10-10003</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: International Aluminum Corporation (3332), IAC Holding Co. (3119), United States Aluminum Corporation (8449), United States Aluminum Corporation – Carolina (3238),United States Aluminum Corporation – Illinois (2481), United States Aluminum Corporation – Texas (6269), RACO Interior Products, Inc. (0437), General Window Corporation (7764), International Extrusion Corporation – Texas (9058), International Extrusion Corporation (5103), International Window – Arizona, Inc. (2781), and International Window Corporation (5989)  The Debtors may be served at: International Aluminum Corporation, 767 Monterey Pass Road, Monterey Park, California 91754.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

| | | |
|---|---|---|
| *In re* | : | **Chapter 11** |
| | : | |
| **INTERNATIONAL ALUMINUM** | : | **Case No. 10-10003 (MFW)** |
| **CORPORATION, *et al.*,**[1] | : | |
| | : | **(Jointly Administered)** |
| | : | |
| **Debtors.** | : | |

---------------------------------------------------------------x

## GLOBAL NOTES AND STATEMENT OF
## LIMITATIONS, METHODOLOGY AND DISCLAIMER
## REGARDING THE DEBTORS' SCHEDULES OF ASSETS
## AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

International Aluminum Corporation ("IAC"), and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and collectively with the "Schedules," the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Mr. Geoff Pankau has signed each set of the Schedules and Statements. Mr. Pankau serves as the Controller for all of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Pankau has necessarily relied upon the efforts, statements and representations of various personnel of the Debtors. Mr. Pankau has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: International Aluminum Corporation (3332), IAC Holding Co. (3119), United States Aluminum Corporation (8449), United States Aluminum Corporation – Carolina (3238),United States Aluminum Corporation – Illinois (2481), United States Aluminum Corporation – Texas (6269), RACO Interior Products, Inc. (0437), General Window Corporation (7764), International Extrusion Corporation – Texas (9058), International Extrusion Corporation (5103), International Window – Arizona, Inc. (2781), and International Window Corporation (5989) The Debtors may be served at: International Aluminum Corporation, 767 Monterey Pass Road, Monterey Park, California 91754.

The Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States, nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtors' reasonably best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary and appropriate.

Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, without limitation, any issues involving substantive consolidation, equitable subordination, defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

**Description of Cases**. On January 4, 2010, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On January 6, 2010, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases. Each Debtor's fiscal year ends on June 30. All liability information contained in the Schedules and Statements are reported as of the best available prepetition information.

**Recharacterization**. Notwithstanding that the Debtors have made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized or designated certain items. Thus, the Debtors reserve all rights to recharacterize, reclassify, recategorize or

---

[2] The Global Notes are in addition to the specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors have prepared a "specific note" with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' remaining Schedules and Statements.

redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

**Liabilities**. The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve all rights to modify, amend and supplement the Schedules and Statements as is necessary and appropriate.

Pursuant to orders of the Bankruptcy Court, the Debtors have been granted authority to pay, in their own discretion, certain prepetition obligation to employees, taxing authorities, insurance companies (including workers' compensation claims), and certain customers of the Debtors.

The liabilities listed on these Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

**Insiders**. For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) directors; (b) officers; (c) partners; (d) general partners; (e) relatives of directors, officers, or partners of the Debtors; and (f) debtor/non-debtor affiliates.

**Intercompany Claims**. Receivables and payables among the Debtors in these chapter 11 cases and their affiliates (each an "<u>Intercompany Receivable</u>" or "<u>Intercompany Payable</u>" and, collectively, the "<u>Intercompany Claims</u>") are reported on Schedule B and Schedule F, respectively. The listing of these amounts is not and shall not be construed as an admission of the characterization of such balances, as debt, equity or otherwise.

**Executory Contracts**. The Debtors have not set forth executory contracts as assets in the Schedules and Statements. The Debtors' executory contracts have been set forth in Schedule G.

**Classifications**. Listing a claim (1) on Schedule D as "secured," (2) on Schedule E as "priority," (3) on Schedule F as "unsecured," or (4) listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

**Claims Description**. While the Debtors have made every effort to properly classify each claim listed in the Schedules and Statements as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to same. Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtors reserve all rights to dispute any claim reflected on their respective Schedules and Statements on any

grounds, including, without limitation, liability, classification or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."

**Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

1. <u>Summary of Significant Reporting Policies</u>. The following is a summary of significant reporting policies:

(a) <u>Currency</u>. All amounts are reflected in U.S. dollars.

(b) <u>Undetermined Amounts</u>. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

(c) <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(d) <u>Current Market Value - Net Book Value</u>. Current market valuations are neither maintained by, nor readily available to, the Debtors. Accordingly, the Debtors' Schedules and Statements reflect net book values. Market values may vary, at some times materially, from net book value. Also, assets that have been fully depreciated or that were expensed for accounting purposes may not appear in these Schedules and Statements as they have no net book value.

(e) <u>Paid Claims</u>. The Debtors have authority to pay certain outstanding prepetition payables pursuant to a Bankruptcy Court order. As such, outstanding liabilities have been reduced by any Bankruptcy Court approved postpetition payments made on prepetition payables. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action such as filing claims objections, as is necessary and appropriate to avoid over payment or duplicate payments for liabilities.

(f)     Excluded Assets and Liabilities.  The Debtors may have excluded the following categories of assets and liabilities from the Schedules and Statements: goodwill; and accrued liabilities including, but not limited to, accrued salaries and employee benefits, tax accruals and accrued accounts payable.  Other immaterial assets and liabilities may also have been excluded.

(g)     Liens.  The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

2.      Specific Schedules and Statements Disclosures

(a)     Schedule B2.  The Debtors have listed book balances as of January 4, 2010 for amounts related to checking, savings and other financial accounts.

(b)     Schedule B16.  Unless otherwise indicated, the Debtors have listed accounts receivable balances as of January 4, 2010.

(c)     Schedule D.  Except as otherwise agreed pursuant to a written agreement, stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided in Schedule D are intended only to be a summary.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.  Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

(d)     Schedule E.  The Debtors have authority to pay certain prepetition obligations including to pay employee wages and other employee benefits in the ordinary course of business pursuant a final Bankruptcy Court order (the "Employee Wages Order").  Pursuant to the Employee Wages Order, the Debtors believe that any employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed on Schedule E.

(e)     Schedule F.  Schedule F contains information regarding threatened or pending litigation involving the Debtors.  The amounts for these potential claims are listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule F reflects the prepetition amounts owing to certain counterparties to executory contracts and unexpired leases.  The Debtors did not list on Schedule F prepetition amounts that will be paid in connection with the assumption of certain executory contracts.  In addition, Schedule F does not include rejection damages claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

The claims of individual creditors for, among other things, merchandise, goods, services or taxes are listed on the Debtors' books and records and may not reflect credits or allowances due from such creditor.  The Debtors reserve all of their rights respecting such credits and allowances.  The dollar amounts listed may be exclusive of contingent and unliquidated amounts.

(f)     Schedule G. While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

(g)     Schedule H.  For purposes of Schedule H, only the agents under the prepetition credit facilities or counterparties which are the subject to a guaranty are listed as Co-Debtors on Schedule H.  The Debtors have not listed any litigation-related Co-Debtors on Schedule H.

(h)     IAC Statement Question 2.   IAC did not list the impairment to intangibles reflected in the IAC Holding Co. Report on the Audited Financial Statements for the Years Ended June 30, 2009 and 2008, a copy of which is attached as Exhibit D to the Disclosure Statement Relating to the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 180].

(i)     Statement Questions 3b and 3c.   Receipts and disbursements are made through a centralized and consolidated cash management system. Payments made are listed by the entity making such payment notwithstanding that certain payments will have been made on behalf of another entity.   As such, only certain Debtors include a response to Statements questions 3b and 3c.

(j)     Statement Question 8.   The Debtors occasionally incur losses for a variety of reasons including theft and property damage, etc.   Certain of these losses may not have been tracked and, thus, the Debtors have only listed losses that were identifiable in their books and records.

(k)     Statement Question 9.   Payments related to debt counseling or bankruptcy for all Debtors are listed in Attachment 9 to the IAC Statement.

(l)     Statement Question 24.   Prior to April 1, 2007, IAC filed a consolidated tax return on behalf of IAC and the other Debtors.   As of April 1, 2007, IAC Holding Co. has filed a consolidated tax return on behalf of IAC Holding Co., IAC,  and the other Debtors.

**Global Notes Control**.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

**B6 Summary (Official Form 6 - Summary) (12/07)**

**UNITED STATES BANKRUPTCY COURT**

**District of Delaware**

In re: **International Aluminum Corporation**                    Case No. 10-10003 (MFW)

**Chapter 11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 28 | $92,436,119.69 | | |
| C - Property Claimed as Exempt | NO | N/A | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $118,800,039.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $52,363,112.56 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | N/A | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | N/A | | | |
| **TOTAL** | | **38** | **$92,436,119.69** | **$171,163,151.56** | |

1010003100303151901971157

**In re: International Aluminum Corporation**                                   **Case No. 10-10003 (MFW)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.   If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM OR MORTGAGE |
|---|---|---|---|---|
| NONE | | | | |
| | | Total | $0.00 | |

(Report total also on Summary of Schedules.)

**In re: International Aluminum Corporation**                          **Case No. 10-10003 (MFW)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007 (m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Petty Cash | | $1,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached schedule B2 | | $32,286,484.59 |

Subtotal (Total on this page)  **$32,287,484.59**

**In re: International Aluminum Corporation**　　　　　　　　　　　　**Case No. 10-10003 (MFW)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Subtotal (Total on this page)　　　$0.00

**In re: International Aluminum Corporation**　　　　　　　　　　　　　　　**Case No. 10-10003 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Subtotal (Total on this page)     **$0.00**

**In re: International Aluminum Corporation**                                    **Case No. 10-10003 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Subtotal (Total on this page)          $0.00

**In re: International Aluminum Corporation**                    **Case No. 10-10003 (MFW)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attached schedule B13 | | $141.60 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

Subtotal (Total on this page)            **$141.60**

**In re: International Aluminum Corporation**                                   **Case No. 10-10003 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H<br>W<br>J<br>C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts Receivable. | | Accounts Receiveable as of 1/4/2010 | | $2,611.42 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Subtotal (Total on this page)        **$2,611.42**

**In re: International Aluminum Corporation**             **Case No. 10-10003 (MFW)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | See attached schedule B18 | | $5,551,545.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Subtotal (Total on this page)     **$5,551,545.00**

**In re: International Aluminum Corporation**

**Case No. 10-10003 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See attached schedule B21 | | $1,507,044.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See attached schedule B22 | | Unliquidated |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See attached schedule B23 | | $32,318,000.00 |

Subtotal (Total on this page)    **$33,825,044.00**

**In re: International Aluminum Corporation**                    **Case No. 10-10003 (MFW)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 - Chrysler 300 Touring Sedan Walnut, CA VIN # 2C3LK53GX6H175250 | | $4,686.00 |
| | | 2007 - Chrysler 300 Touring Sedan Monterey Park, CA VIN # 2C3LA73W87H638882 | | $4,137.00 |

Subtotal (Total on this page)          **$8,823.00**

**In re: International Aluminum Corporation**                              **Case No. 10-10003 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | See attached schedule B28 | | $308,293.08 |

Subtotal (Total on this page)          **$308,293.08**

**In re: International Aluminum Corporation**                                **Case No. 10-10003 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | ELEC INSTALL-U.P.S.POWER-ENGR MONTEREY PARK, CA | | $0.00 |
| | | ELECTRICAL INSTALLATION MONTEREY PARK, CA | | $0.00 |
| | | ELECTRICAL WORK MONTEREY PARK, CA | | $0.00 |

Subtotal (Total on this page)   **$0.00**

**In re: International Aluminum Corporation**                     **Case No. 10-10003 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | | Raw Materials<br>(I/C Profit Elimination) | | ($1,695,667.00) |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |

Subtotal (Total on this page)        **($1,695,667.00)**

**In re: International Aluminum Corporation**                                    **Case No. 10-10003 (MFW)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Step up in net book value of autos, office equipment, furniture, machinery, equipment and real property interests | | $22,147,844.00[1] |

Subtotal (Total on this page)   **$22,147,844.00**

Footnote:
(1)  Value due to purchase accounting step-up in basis is applicable for all Debtors but is recorded on a consolidated basis by International Aluminum Corporation

**In re: International Aluminum Corporation**     **Case No. 10-10003 (MFW)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

|  |  |
|---|---|
| Subtotal (Total on this page) | **$0.00** |
| Total | **$92,436,119.69** |

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

# In Re: International Aluminum Corporation
## Case No. 10-10003
Schedule B2
Personal Property - Checking, saving or other financial accounts

| Bank/Institution | Address 1 | Address 2 | City | State | Zip | Account Number | Description | Balance |
|---|---|---|---|---|---|---|---|---|
| City National Bank | 555 S Flower Street | 12th Floor | Los Angeles | CA | 90071 | xxx-xx8453 | Intercompany Account | -$2,607,913.00 |
| City National Bank | 555 S Flower Street | 12th Floor | Los Angeles | CA | 90071 | xx6340 | Securities Account | $15,518,813.00 |
| City National Bank | 555 S Flower Street | 12th Floor | Los Angeles | CA | 90071 | xx-6502 | Restricted Cash/LOC | $750,000.00 |
| City National Bank | 555 S Flower Street | 12th Floor | Los Angeles | CA | 90071 | xx-9695 | Restricted Cash/LOC | $125,000.00 |
| City National Bank | 555 S Flower Street | 12th Floor | Los Angeles | CA | 90071 | xx-0952 | Payroll Account | $2,000.00 |
| U.S. Bank | 800 Nicollet Mall | | Minneapolis | MN | 55402 | xxxxx0767 | Securities Account | $18,500,584.59 |
| | | | | | | | TOTAL: | $32,288,484.59 |

**In Re: International Aluminum Corporation**
**Case No. 10-10003**
Schedule B13
Stock and interests in incorporated and unincorporated businesses

| Name | Description | Value |
|------|-------------|-------|
| Apogee Enterprisees, Inc. | Common Stock | $    141.60 |
| General Window Corporation | 100% Ownership | Unknown* |
| International Extrusion Corporation | 100% Ownership | Unknown* |
| International Extrusion Corporation - Texas | 100% Ownership | Unknown* |
| International Window - Arizona, Inc. | 100% Ownership | Unknown* |
| International Window Corporation | 100% Ownership | Unknown* |
| Maestro Products | 100% Ownership | Unknown* |
| RACO Interior Products, Inc. | 100% Ownership | Unknown* |
| United States Aluminum Corporation | 100% Ownership | Unknown* |
| United States Aluminum Corporation - Carolina | 100% Ownership | Unknown* |
| United States Aluminum Corporation - Illinois | 100% Ownership | Unknown* |
| United States Aluminum Corporation - Texas | 100% Ownership | Unknown* |
| United States Aluminum of Canada, Limited | 100% Ownership | Unknown* |
|  | **Total** | **$    141.60** |

* Ownership interests in subsidiaries have been listed at an undetermined amount
because the fair market value of such ownership is dependent on numerous variables
and factors and may differ significantly from the net book value

**In Re: International Aluminum Corporation**
**Case No. 10-10003**
Schedule B18
Personal Property - Other liquidated debts owed to debtor including tax refunds

| Entity | Address 1 | Address 2 | City | State | Zip | Description | Receivable balance |
|---|---|---|---|---|---|---|---|
| California Department of Revenue | Franchise Tax Board | PO Box 1468 | Sacramento | CA | 95812-1468 | 2008 Tax Refund | $311,291.00 |
| California Department of Revenue | Franchise Tax Board | PO Box 1468 | Sacramento | CA | 95812-1468 | EZ Hiring Credit 06/30/07 | $291,965.00 |
| California Department of Revenue | Franchise Tax Board | PO Box 1468 | Sacramento | CA | 95812-1468 | EZ Hiring Credit 03/31/07 | $179,102.00 |
| Colorado Department of Revenue | 1375 Sherman St. | | Denver | CO | 80261-0006 | 2008 Tax Refund | $17,745.00 |
| Department of Treasury | Internal Revenue Service | | Ogden | UT | 84201 | NOL Carryback | $4,479,651.00 |
| Illinois Department of Revenue | PO Box 19016 | | Springfield | IL | 62794-9016 | 2008 Tax Refund | $37,775.00 |
| Illinois Department of Revenue | PO Box 19016 | | Springfield | IL | 62794-9016 | 2007 Tax Refund | $200,000.00 |
| Maryland Department of Revenue | Revenue Administrattion Center | 80 Calvert St. | Annapolis | MD | 21404 | 2008 Tax Refund | $4,601.00 |
| Massachusetts Department of Revenue | PO Box 7010 | | Boston | MA | 02204 | 2008 Tax Refund | $7,827.00 |
| South Carolina Department of Revenue | Corporation Return | | Columbia | SC | 29214-0100 | 2008 Tax Refund | $21,588.00 |
| | | | | | | **TOTAL:** | **$5,551,545.00** |

**In Re: International Aluminum Corporation**
**Case No. 10-10003**
Schedule B21
Personal Property - Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims, and rights to setoff claims

| Entity | Address 1 | Address 2 | City | State | Zip | Description | Receivable balance |
|---|---|---|---|---|---|---|---|
| Arizona Department of Revenue | PO Box 29079 | | Phoenix | AZ | 85038-9079 | 2009 Tax Refund | $5,950.00 |
| California Department of Revenue | Franchise Tax Board | PO Box 1468 | Sacramento | CA | 95812-1468 | 2009 Tax Refund | $21,200.00 |
| Colorado Department of Revenue | 1375 Sherman St. | | Denver | CO | 80261-0006 | 2009 Tax Refund | $3,000.00 |
| EZ Hiring Credit | | | | | | Estimated Carryover to Future Years | $1,245,015.00 |
| Florida Department of Revenue | 5050 West Tennessee St. | | Tallahassee | FL | 32399 | 2009 Tax Refund | $18,000.00 |
| Georgia Department of Revenue | 1800 Century Blvd NE | | Atlanta | GA | 30345-3205 | Estimated Carryover to Future Years | $5,064.00 |
| Illinois Department of Revenue | PO Box 19016 | | Springfield | IL | 62794-9016 | 2009 Tax Refund | $8,000.00 |
| Maryland Department of Revenue | Revenue Administrattion Center | 80 Calvert St. | Annapolis | MD | 21404 | Estimated Carryover to Future Years | $5,131.00 |
| Massachusetts Department of Revenue | PO Box 7010 | | Boston | MA | 02204 | 2009 Tax Refund | $19,359.00 |
| Michigan Department of Revenue | | | Lansing | MI | 48922 | 2009 Tax Refund | $897.00 |
| Missouri Department of Revenue | PO Box 3080 | | Jefferson City | MO | 65105-3300 | 2009 Tax Refund | $4,000.00 |
| R & D | | | | | | Estimated Carryover to Future Years | $135,753.00 |
| South Carolina Department of Revenue | Corporation Return | | Columbia | SC | 29214-0100 | 2009 Tax Refund | $35,675.00 |
| | | | | | | **TOTAL:** | **$1,507,044.00** |

## In Re: International Aluminum Corporation
## Case No. 10-10003
Schedule B22

Personal Property - Patents, copyrights, and other intellectual property

| Patent/Trademark name | Market value |
|---|---|
| Butt glaze glass clip | Unliquidated |
| Clam shell handle latch, with keeper | Unliquidated |
| Convex surface latch | Unliquidated |
| Curtain wall integral drip system | Unliquidated |
| Door latch with lever control | Unliquidated |
| Door latch with lever control | Unliquidated |
| Energy Shield | Unliquidated |
| Glazing pane installation | Unliquidated |
| High Performance Curtain Wall | Unliquidated |
| Latch with recessed handle swing zone | Unliquidated |
| Poly-Aluminizer | Unliquidated |
| Storm Front | Unliquidated |
| Storm Wall | Unliquidated |
| Struct-Link | Unliquidated |
| The Aluminizer | Unliquidated |
| World Of Windows | Unliquidated |
| Your Window To The World | Unliquidated |

3/3/2010 3:19 PM
00071369.XLSX

**In Re: International Aluminum Corporation**
**Case No. 10-10003**
Schedule B23
Personal Property - Licenses, franchises, and other general intangibles

| License/Franchise name | Market value |
|---|---|
| Trademarks / Trade Names | $ 6,200,000 |
| Customer Relationships | $ 19,710,000 |
| Product Know-how / Processes | $ 6,408,000 |
| TOTAL: | $ 32,318,000 |

**In re: International Aluminum Corporation**
**Case No. 10-10003**
Schedule B28
Personal Property - Office equipment, furnishings, and supplies

| Description | Location | Cost basis | Net Book Value |
|---|---|---|---|
| (10) WORKSTATIONS-GENL ACCTS | MONTEREY PARK, CA | $15,437.79 | $0.00 |
| (13) WORKSTATIONS-AP,AR,CREDIT | MONTEREY PARK, CA | $17,096.36 | $0.00 |
| (2) LASERJET PRINTERS-ACCT/PR | MONTEREY PARK, CA | $4,347.32 | $1,690.61 |
| (2)IBM 21" MONITORS-P202&C220 | MONTEREY PARK, CA | $4,647.17 | $0.00 |
| (20) 70G DISK UNITS | MONTEREY PARK, CA | $17,615.25 | $8,440.65 |
| (3) WORKSTATIONS (HR DEPT) | MONTEREY PARK, CA | $3,554.93 | $0.00 |
| (3) WORKSTATIONS-COST 2ND FLR | MONTEREY PARK, CA | $2,934.51 | $1,369.43 |
| (350) MS OFFICE 2007 LICENSES | MONTEREY PARK, CA | $235,190.46 | $145,034.13 |
| (4) LATERAL FILES (A/P) | MONTEREY PARK, CA | $1,825.53 | $0.00 |
| (4) WORKSTATIONS (IT DEPT) | MONTEREY PARK, CA | $4,362.48 | $2,253.93 |
| (475)ACTIVE DIRECTORY LICENSES | MONTEREY PARK, CA | $21,603.84 | $13,322.37 |
| (5) WORKSTATIONS-H/R DEPT | MONTEREY PARK, CA | $7,067.61 | $0.00 |
| (6) HP COMPAQ DESKTOPS-FINANCE | MONTEREY PARK, CA | $5,997.89 | $2,665.71 |
| 12GB/24GB EXTERNAL TAPE DRIVE | MONTEREY PARK, CA | $3,345.95 | $0.00 |
| 17.54GB DISK UNIT   (8) | MONTEREY PARK, CA | $13,044.13 | $0.00 |
| 2 WORKSTATIONS (P/R) | MONTEREY PARK, CA | $2,549.73 | $0.00 |
| 2003 MS OFFC SFTWR LIC FEE (6) | MONTEREY PARK, CA | $2,202.06 | $0.00 |
| 40 FT ALUM. STORAGE CONTAINER | MONTEREY PARK, CA | $4,109.87 | $0.00 |
| 40 FT ALUM. STORAGE CONTAINER | MONTEREY PARK, CA | $4,109.88 | $0.00 |
| 4808 ETWINAX CONTROLLER | MONTEREY PARK, CA | $2,363.88 | $1,378.94 |
| 8 WORKSTATIONS (IS) | MONTEREY PARK, CA | $10,198.92 | $0.00 |
| ACT! NOTES SFTWR UPGRADE-SALES | MONTEREY PARK, CA | $8,700.00 | $0.00 |
| ADDL CABLE DROP FOR TIME CLOCK | MONTEREY PARK, CA | $497.40 | $0.00 |
| ADDL COST TO ASSET #5605 | MONTEREY PARK, CA | $362.51 | $0.00 |
| ADDL COST TO ASSET #5605 | MONTEREY PARK, CA | $362.50 | $0.00 |
| ADDL USE TAX-ASSET #4818 SFTWR | MONTEREY PARK, CA | $435.37 | $0.00 |
| ADDTL LIC-NGS IQ SUITE SFW (5) | MONTEREY PARK, CA | $14,970.98 | $2,079.30 |
| ALUMA-WALL WORKSTATION-EXE SEC | MONTEREY PARK, CA | $3,296.21 | $0.00 |
| APPL SERVER-POWERBIDS,I-STATUS | MONTEREY PARK, CA | $8,467.24 | $0.00 |
| AS/400 PAGING SOFTWARE | MONTEREY PARK, CA | $3,680.50 | $0.00 |
| BUFFALO 1GB TERASTATION DISK | MONTEREY PARK, CA | $1,082.49 | $0.00 |
| CABLE DROP FOR TIME CLOCK | MONTEREY PARK, CA | $170.89 | $0.00 |
| CAD SYSTEM HARD DRIVE UPGRADE | MONTEREY PARK, CA | $2,223.75 | $0.00 |
| CAMS CREDIT MANAGEMENT SYS | MONTEREY PARK, CA | $48,000.00 | $34,666.68 |
| CAP LEASE-AS400 SYSTEM SOFTWR | MONTEREY PARK, CA | $77,312.00 | $0.00 |

| Description | Location | Cost basis | Net Book Value |
|---|---|---|---|
| CAP LEASE-AS400 SYSTEM SOFTWR | MONTEREY PARK, CA | $2,570.00 | $0.00 |
| CASIO XJ-568 PROJECTOR | MONTEREY PARK, CA | $1,349.00 | $1,304.04 |
| CCD CATIA-CADAM SFTWR LIC  (6) | MONTEREY PARK, CA | $6,495.00 | $0.00 |
| CCD CATIA-CADAM SOFTWARE LIC | WAXAHACHIE, TX | $2,165.00 | $0.00 |
| CLIENT ACCESS SFTWR LICNS (99) | MONTEREY PARK, CA | $8,894.90 | $0.00 |
| CONFERENCE ROOM FURNITURE | MONTEREY PARK, CA | $1,948.65 | $1,234.13 |
| CREDENZA/TABLE/CHAIR-CONF ROOM | MONTEREY PARK, CA | $4,508.62 | $2,329.46 |
| DELL 1.86GHz PC/MONITOR-ROSA T | MONTEREY PARK, CA | $1,388.20 | $462.74 |
| DELL 745 MNITOWR W/ MONITOR-IT | MONTEREY PARK, CA | $1,325.43 | $522.14 |
| DELL CORE E6300 PC | MONTEREY PARK, CA | $1,072.34 | $268.07 |
| DELL CORE E6300 PC | MONTEREY PARK, CA | $1,072.34 | $268.07 |
| DELL DESKTOP E6300 | MONTEREY PARK, CA | $1,325.43 | $920.42 |
| DELL E6300 PC W/ MONITOR-TEMP | MONTEREY PARK, CA | $1,072.34 | $459.56 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $964.14 | $241.04 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $964.14 | $241.04 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $964.14 | $241.04 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $964.14 | $241.04 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $1,072.37 | $268.08 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $1,072.34 | $268.07 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $1,072.34 | $268.07 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $1,072.34 | $268.07 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $1,072.34 | $268.07 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $1,072.34 | $268.07 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $1,072.34 | $268.07 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $1,072.34 | $268.07 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $1,072.34 | $268.07 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $1,072.34 | $268.07 |
| DELL OPTI745 E6300 CPU & MONTR | MONTEREY PARK, CA | $1,072.34 | $268.07 |
| DELTRONIC OPTICAL COMPARATOR | MONTEREY PARK, CA | $14,052.46 | $0.00 |
| DI3510 PRINTER/COPIER-ACCTG | MONTEREY PARK, CA | $6,858.72 | $0.00 |
| DI3510 PRINTER/COPIER-HR OFFCE | MONTEREY PARK, CA | $6,858.72 | $0.00 |
| DI750 PRINTER/COPIER-MAIN | MONTEREY PARK, CA | $13,713.11 | $0.00 |
| DIAZIT OMNI 120 TRAC BLUEPRINT | MONTEREY PARK, CA | $1,917.80 | $0.00 |
| DM1000 DLM UPGRADE MODULE | MONTEREY PARK, CA | $2,327.38 | $1,202.47 |
| DM1000 WOW MAIL MACHINE | MONTEREY PARK, CA | $28,145.06 | $10,190.45 |

| Description | Location | Cost basis | Net Book Value |
|---|---|---|---|
| DOMINO SERVER SOFTWARE | MONTEREY PARK, CA | $22,700.00 | $0.00 |
| E-CERTIFIED PM100 SOFTWARE | MONTEREY PARK, CA | $8,660.00 | $0.00 |
| E-TWINSTAR CONTROLLER | MONTEREY PARK, CA | $2,736.81 | $1,292.40 |
| EXECUTIVE DESK-MF | MONTEREY PARK, CA | $7,484.14 | $0.00 |
| FOLDERS/INSERTERS-SP9S | MONTEREY PARK, CA | $32,272.00 | $2,151.48 |
| GATEWAY 4100-C DELUXE CPU | MONTEREY PARK, CA | $1,141.46 | $0.00 |
| GATEWAY E4000 PC'S-CREDIT (5) | MONTEREY PARK, CA | $5,407.09 | $0.00 |
| GATEWAY E-475M LAPTOP-IT DEPT | MONTEREY PARK, CA | $1,337.17 | $260.01 |
| GATEWAY E-6300 SB CPU | MONTEREY PARK, CA | $808.63 | $0.00 |
| GATEWAY E-6300 SB CPU-C.K. | MONTEREY PARK, CA | $1,187.50 | $0.00 |
| GATEWAY E-6300 SB CPU-C.O. | MONTEREY PARK, CA | $1,009.98 | $0.00 |
| GATEWAY E-6300 SB CPU-I.L. | MONTEREY PARK, CA | $1,009.97 | $0.00 |
| GATEWAY E-6300 SB CPU-IT STOCK | MONTEREY PARK, CA | $824.86 | $0.00 |
| GATEWAY E-6300 SB CPU-J.J. | MONTEREY PARK, CA | $1,009.97 | $0.00 |
| GATEWAY E-6300 SB CPU-L.M. | MONTEREY PARK, CA | $1,009.98 | $0.00 |
| GATEWAY E-6300 SB CPU-L.T. | MONTEREY PARK, CA | $1,009.97 | $0.00 |
| GATEWAY E-6300 SB CPU-L.W. | MONTEREY PARK, CA | $1,009.97 | $0.00 |
| GATEWAY E-6300 SB CPU-M.F. | MONTEREY PARK, CA | $1,171.26 | $0.00 |
| GATEWAY E-6300 SB CPU-M.S. | MONTEREY PARK, CA | $1,009.97 | $0.00 |
| GATEWAY E-6300 SB CPU-M.W. | MONTEREY PARK, CA | $1,009.97 | $0.00 |
| GATEWAY E-6300 SB CPU-N.M. | MONTEREY PARK, CA | $1,171.26 | $0.00 |
| GATEWAY E-6300 SB CPU-P.D. | MONTEREY PARK, CA | $824.87 | $0.00 |
| GATEWAY E-6300 SB CPU-P.K. | MONTEREY PARK, CA | $1,009.97 | $0.00 |
| GATEWAY E-6300 SB CPU-P.M. | MONTEREY PARK, CA | $1,009.97 | $0.00 |
| GATEWAY E-6300 SB CPU-R.T. | MONTEREY PARK, CA | $1,009.97 | $0.00 |
| GATEWAY E-6300 SB CPU-T.A. | MONTEREY PARK, CA | $1,009.98 | $0.00 |
| GATEWAY E-6300 SB CPU-T.C. | MONTEREY PARK, CA | $1,009.97 | $0.00 |
| GATEWAY E-6300 SB CPU-T.D. | MONTEREY PARK, CA | $1,009.97 | $0.00 |
| GATEWAY E-6500D PC-V.C. | MONTEREY PARK, CA | $1,112.78 | $0.00 |
| GATEWAY E-6500D SB PC W/19"MTR | MONTEREY PARK, CA | $1,090.38 | $0.00 |
| GATEWAY E-6500D SB PC-D.R. | MONTEREY PARK, CA | $1,090.38 | $0.00 |
| GATEWAY E-6610D SB CPU/MTR-BR | MONTEREY PARK, CA | $1,272.51 | $141.38 |
| GATEWAY E-6610D SB CPU/MTR-DA | MONTEREY PARK, CA | $1,236.72 | $137.42 |
| GATEWAY E-6610D SB CPU-D.P. | MONTEREY PARK, CA | $1,162.60 | $0.00 |
| GATEWAY E-6610D SB CPU-M.H. | MONTEREY PARK, CA | $937.50 | $0.00 |

| Description | Location | Cost basis | Net Book Value |
|---|---|---|---|
| GATEWAY E-6610D SB PC-B.C. | MONTEREY PARK, CA | $1,236.72 | $103.06 |
| GATEWAY E-6610D SB PC-SP | MONTEREY PARK, CA | $1,255.48 | $244.12 |
| GATEWAY E-6610D SB PC-V.J. | MONTEREY PARK, CA | $1,262.54 | $0.00 |
| GATEWAY EV730 17" BLCK MONITOR | MONTEREY PARK, CA | $170.25 | $0.00 |
| GATEWAY EV910 19" MONITOR | MONTEREY PARK, CA | $324.00 | $0.00 |
| GATEWAY EV910 19" MONITOR | MONTEREY PARK, CA | $476.30 | $0.00 |
| GATEWAY M685-E LAPTOP-J.W. | MONTEREY PARK, CA | $1,979.79 | $0.00 |
| GATEWAY M685-E SB LAPTOP | MONTEREY PARK, CA | $2,121.12 | $294.60 |
| GBC 5260X PAPER SHREDDER | MONTEREY PARK, CA | $1,395.33 | $0.00 |
| GW 17" BLACK LCD FLAT MONITOR | MONTEREY PARK, CA | $356.15 | $0.00 |
| GW 17" BLACK LCD FLAT MONITOR | MONTEREY PARK, CA | $356.15 | $0.00 |
| GW 19" LCD FLAT PANEL DISPLAY | MONTEREY PARK, CA | $469.82 | $0.00 |
| HEWLETT PACKARD LAPTOP | MONTEREY PARK, CA | $1,175.30 | $359.11 |
| HP 17" FLAT MONITOR-G.PANKAU | MONTEREY PARK, CA | $208.17 | $115.66 |
| HP 6930P LAPTOP | MONTEREY PARK, CA | $1,077.09 | $747.97 |
| HP COLOR LASERJET 5550DTN-BR | MONTEREY PARK, CA | $4,816.04 | $3,076.91 |
| HP COMPAG DESKTOP DC7800-J.F. | MONTEREY PARK, CA | $1,234.89 | $548.85 |
| HP COMPAG DESKTOP DC7800-TF | MONTEREY PARK, CA | $1,045.47 | $464.66 |
| HP COMPAG LAPTOP T7300-IT | MONTEREY PARK, CA | $1,647.07 | $549.04 |
| HP COMPAQ DC7800 PC W/LCD | MONTEREY PARK, CA | $1,329.96 | $554.16 |
| HP COMPAQ DC7800 PC W/LCD | MONTEREY PARK, CA | $1,264.45 | $526.86 |
| HP COMPAQ DESKTOP DC7800 | MONTEREY PARK, CA | $956.93 | $505.05 |
| HP COMPAQ DESKTOP DC7800 | MONTEREY PARK, CA | $956.93 | $531.63 |
| HP COMPAQ DESKTOP DC7800 | MONTEREY PARK, CA | $956.93 | $531.63 |
| HP COMPAQ DESKTOP DC7800-DR | MONTEREY PARK, CA | $1,281.01 | $533.76 |
| HP COMPAQ DESKTOP DC7800-LT | MONTEREY PARK, CA | $987.70 | $411.54 |
| HP COMPAQ LAPTOP 6910P-IT | MONTEREY PARK, CA | $1,597.52 | $754.38 |
| HP COMPAQ LAPTOP 6910P-L.L. | MONTEREY PARK, CA | $1,695.63 | $800.72 |
| HP COMPAQ LAPTOP 6910P-R.M. | MONTEREY PARK, CA | $1,663.45 | $600.68 |
| HP COMPAQ LAPTOP 6910P-STOCK | MONTEREY PARK, CA | $1,533.87 | $724.31 |
| HP COMPAQ NOTEBOOK-G.PANKAU | MONTEREY PARK, CA | $1,588.93 | $882.73 |
| HP COMPAQ NOTEBOOK-KK | MONTEREY PARK, CA | $1,727.16 | $719.64 |
| HP COMPAQ NOTEBOOK-MN | MONTEREY PARK, CA | $1,592.19 | $884.53 |
| HP DESIGNJET 800PS PLOTTER | WAXAHACHIE, TX | $1,327.95 | $1,254.17 |
| HP DESKTOP DC7800 W/ MONITOR | MONTEREY PARK, CA | $1,234.03 | $479.89 |

| Description | Location | Cost basis | Net Book Value |
|---|---|---|---|
| HP ELITEBOOK 6930P-D. ALMY | MONTEREY PARK, CA | $1,286.77 | $1,251.03 |
| HP ELITEBOOK 6930P-D.Q. | MONTEREY PARK, CA | $1,286.73 | $1,036.55 |
| HP ELITEBOOK 6930P-J. MATTHEWS | WAXAHACHIE, TX | $1,307.75 | $1,198.76 |
| HP ELITEBOOK 6930P-V.J. | MONTEREY PARK, CA | $1,286.77 | $1,036.58 |
| HP ELTBOOK 6930P W/ DS & MNTR | MONTEREY PARK, CA | $489.96 | $381.08 |
| HP LAPTOP 6910P-ACT DIR/MPLS | MONTEREY PARK, CA | $1,663.45 | $600.68 |
| HP LAPTOP W/ MONITOR-T.HOPGOOD | WAXAHACHIE, TX | $2,458.36 | $1,570.61 |
| HP LAPTOP, DESKTOPS (GG,MS,SU) | MONTEREY PARK, CA | $3,952.88 | $1,866.65 |
| HP LASER6P PRINTERS-Acct/PR(4) | MONTEREY PARK, CA | $3,502.92 | $0.00 |
| HP LASERJET 2100SE PRINTER-MF | MONTEREY PARK, CA | $756.68 | $0.00 |
| HP LASERJET 2200D PRINTER | MONTEREY PARK, CA | $862.49 | $0.00 |
| HP LASERJET 6PSE PRINTER-K.K. | MONTEREY PARK, CA | $903.92 | $0.00 |
| HP LASERJET PRINTER 4050SE | MONTEREY PARK, CA | $1,258.51 | $0.00 |
| HP LASERJET PRINTER 4050SE | MONTEREY PARK, CA | $1,258.51 | $0.00 |
| HP LASERJET PRINTER-TREAS DEPT | MONTEREY PARK, CA | $785.18 | $0.00 |
| HP LJ 2100SE LASER PRINTER-PR | MONTEREY PARK, CA | $766.94 | $0.00 |
| HP LSRJET PRTR & VWSNC MONITOR | MONTEREY PARK, CA | $645.23 | $0.00 |
| HP ML310G5-CERIDIAN SVR W/MONI | MONTEREY PARK, CA | $1,787.16 | $992.88 |
| HP NOTEBOOK 6910P | MONTEREY PARK, CA | $1,437.46 | $798.59 |
| HP PRINTER MODEL 4250TN | MONTEREY PARK, CA | $3,625.62 | $0.00 |
| HP WORKSTATION XW4600-BR | MONTEREY PARK, CA | $2,003.71 | $1,280.14 |
| HP WRKSTN XW4600-D.WILLARD | WAXAHACHIE, TX | $3,107.86 | $1,985.58 |
| HP WRKSTN XW4600-ENGINEERING | MONTEREY PARK, CA | $1,035.95 | $661.85 |
| HP1055CM DJ 36" PLOTTER/PRINTR | MONTEREY PARK, CA | $10,647.36 | $0.00 |
| IBM 3570-C01 TAPE DRIVE-STOCK | MONTEREY PARK, CA | $23,927.58 | $0.00 |
| IBM 4230-600CPS PRTR (RACO) | MONTEREY PARK, CA | $3,832.94 | $0.00 |
| IBM 9406-550 SERVER UPGRADE | MONTEREY PARK, CA | $332,886.07 | $0.00 |
| IBM BLADE SERVER-XSERIES 346 | MONTEREY PARK, CA | $5,277.42 | $0.00 |
| IBM INFOPRINT 20 PRINTER | MONTEREY PARK, CA | $2,294.03 | $0.00 |
| IBM INFOPRINT 20 PRINTER | WAXAHACHIE, TX | $2,617.70 | $0.00 |
| IBM LINE MATRIX PRNTER 1500LPM | MONTEREY PARK, CA | $2,973.00 | $0.00 |
| IBM MPRO P4 3.4GHZ 512MB CPU | WAXAHACHIE, TX | $2,077.62 | $0.00 |
| IBM MPRO P4 3.4GHZ 512MB WRKST | MONTEREY PARK, CA | $2,328.18 | $0.00 |
| IBM MPRO P4 3.4GHZ 512MB WRKST | MONTEREY PARK, CA | $2,328.18 | $0.00 |
| IBM MPRO P4 3.4GHZ 512MB WRKST | MONTEREY PARK, CA | $2,328.18 | $0.00 |

| Description | Location | Cost basis | Net Book Value |
|---|---|---|---|
| IBM MPRO P4 3.4GHZ 512MB WRKST | MONTEREY PARK, CA | $2,328.18 | $0.00 |
| IBM MPRO P4 3.4MHZ 1GB WRKSTN | MONTEREY PARK, CA | $2,123.35 | $0.00 |
| IBM P260 21" MONITOR | MONTEREY PARK, CA | $2,447.54 | $0.00 |
| IBM P275 21" MONITOR | MONTEREY PARK, CA | $1,146.37 | $0.00 |
| IBM THINKVSN C220P 22" MONITOR | MONTEREY PARK, CA | $618.22 | $0.00 |
| IBM THINKVSN C220P 22" MONITOR | MONTEREY PARK, CA | $618.21 | $0.00 |
| IBM-PCI X SERIES SERVER-IT | MONTEREY PARK, CA | $2,519.75 | $1,539.86 |
| INFOCUS PROJECTOR IN34EP | MONTEREY PARK, CA | $1,027.29 | $479.41 |
| KRONOS TIME CLOCK | MONTEREY PARK, CA | $1,345.15 | $0.00 |
| LANSURVEYOR/NEON RESPONDR SFTW | MONTEREY PARK, CA | $7,370.17 | $0.00 |
| LATERAL FILE | MONTEREY PARK, CA | $1,167.75 | $0.00 |
| MICROFICHE ABR-2000 (ACCOUNTG) | MONTEREY PARK, CA | $2,900.11 | $0.00 |
| MINOLTA EP2010 COPIER | MONTEREY PARK, CA | $3,383.90 | $0.00 |
| MINOLTAFAX 3500-EXPORT | MONTEREY PARK, CA | $1,686.29 | $0.00 |
| MS OFFICE 2003 ENGR-LIC FEE | WAXAHACHIE, TX | $366.99 | $0.00 |
| NEATSUITE/LN & SCANMAIL-SOFTWR | MONTEREY PARK, CA | $9,157.95 | $0.00 |
| NEC NEAX 2000 TELEPHONE SYSTEM | MONTEREY PARK, CA | $46,775.18 | $0.00 |
| NGS-IQ SUITE SFTWR ISERIES 550 | MONTEREY PARK, CA | $6,062.00 | $0.00 |
| OFFCE SCAN SFTWRE LICENSES-100 | MONTEREY PARK, CA | $3,512.00 | $3,316.88 |
| OFFICE FUNITURE-KEVIN KOCH | MONTEREY PARK, CA | $2,988.71 | $1,693.62 |
| OFFICE FURNITURE FOR DICK ALMY | MONTEREY PARK, CA | $11,452.85 | $5,535.55 |
| OFFICE FURNITURE-G.PANKAU | MONTEREY PARK, CA | $5,257.37 | $3,943.04 |
| OFFICE FURNITURE-RISK MGMT | MONTEREY PARK, CA | $1,446.22 | $241.04 |
| OFFSET TO SALES TAX #11431 SFW | MONTEREY PARK, CA | -$412.08 | $0.00 |
| OPTICAL LBRY/PCIIOP/TAPE ATTCH | MONTEREY PARK, CA | $4,298.16 | $1,074.54 |
| POWERSHRED W/ S25 STAND | MONTEREY PARK, CA | $1,962.69 | $0.00 |
| PRINTER-HP LASERJET4050SE-COST | MONTEREY PARK, CA | $1,260.67 | $0.00 |
| PROGEN WEBSMART SOFTWARE | MONTEREY PARK, CA | $16,339.00 | $0.00 |
| QUADRANT FORMTASTIC SOFTWARE | MONTEREY PARK, CA | $15,091.34 | $0.00 |
| QUESTVIEW SFTWR RELEASE 8.74 | MONTEREY PARK, CA | $4,995.00 | $0.00 |
| SALES TAX-ASSET #11374 SFTWR | MONTEREY PARK, CA | $412.08 | $0.00 |
| SOFTWARE FOR BAR CODE LABELS | MONTEREY PARK, CA | $2,774.00 | $0.00 |
| SOFTWARE-ADDL LAWSON USERS LIC | MONTEREY PARK, CA | $3,693.60 | $0.00 |
| SOFTWARE-AS/400 (G/L & A/P) | MONTEREY PARK, CA | $48,342.29 | $0.00 |
| SOFTWARE-AS/400 (HUMAN RESRCE) | MONTEREY PARK, CA | $10,392.00 | $0.00 |

| Description | Location | Cost basis | Net Book Value |
|---|---|---|---|
| SOFTWARE-AS/400 (P/R & T/A) | MONTEREY PARK, CA | $27,486.84 | $0.00 |
| SOFTWARE-AS/400 FOR KRONOS | MONTEREY PARK, CA | $32,788.79 | $0.00 |
| SOFTWARE-AS400 KRONOS UPGRADE | MONTEREY PARK, CA | $5,412.50 | $0.00 |
| SOFTWARE-DECISION ASSIST | MONTEREY PARK, CA | $22,430.37 | $8,099.85 |
| SOFTWARE-FRONTIER BAR CODING | MONTEREY PARK, CA | $22,500.00 | $0.00 |
| SOFTWARE-FRONTIER I-STATUS | MONTEREY PARK, CA | $26,998.92 | $0.00 |
| SOFTWARE-HFA MULTICURRENCY | MONTEREY PARK, CA | $12,500.00 | $0.00 |
| SOFTWARE-HFA ORDER/ENTRY MFG | MONTEREY PARK, CA | $258,500.00 | $0.00 |
| SOFTWARE-HFA UPGRADE FEES | MONTEREY PARK, CA | $25,000.00 | $0.00 |
| SOFTWARE-HR BENEFITS | MONTEREY PARK, CA | $24,897.50 | $0.00 |
| SOFTWARE-LAWSON 7.2 UPGRADE | MONTEREY PARK, CA | $46,724.04 | $0.00 |
| SOFTWARE-LAWSON FIXED ASSETS | MONTEREY PARK, CA | $17,049.37 | $0.00 |
| SOFTWARE-TK/AS400 9.0 UPGRADE | MONTEREY PARK, CA | $3,780.00 | $0.00 |
| SOFTWARE-TK/AS400 UPGRADE | MONTEREY PARK, CA | $1,623.75 | $0.00 |
| SOFTWARE-VERTEX SALES TAX SYS | MONTEREY PARK, CA | $48,358.97 | $0.00 |
| SOFTWR-HFA ASSEMBLY SCHEDULING | MONTEREY PARK, CA | $9,000.00 | $0.00 |
| SOFTWR-HFA ASSEMBLY SCHEDULING | MONTEREY PARK, CA | $9,000.00 | $0.00 |
| SOFTWR-REAL VISION 7.0 UPGRADE | MONTEREY PARK, CA | $5,025.00 | $0.00 |
| SOFTWR-REAL VISION SPOOL FILE | MONTEREY PARK, CA | $20,407.14 | $0.00 |
| SPYWARE SOFTWARE LICENSES(300) | MONTEREY PARK, CA | $1,941.60 | $0.00 |
| TAA PRODUCTIVITY TOOLS SFTWR | MONTEREY PARK, CA | $2,250.00 | $0.00 |
| TABLE & 4 CHAIRS (JP'S OFFICE) | MONTEREY PARK, CA | $5,088.24 | $2,968.16 |
| TFR USE TAX-ASSET #5132 SFTWR | MONTEREY PARK, CA | $525.94 | $0.00 |
| TFR USE TAX-ASSET #5133 SFTWR | MONTEREY PARK, CA | $46.35 | $0.00 |
| TFR USE TAX-ASSET #5140 SFTWR | MONTEREY PARK, CA | $525.94 | $0.00 |
| TFR USE TAX-ASSET #5141 SFTWR | MONTEREY PARK, CA | $30.24 | $0.00 |
| UPGRADE 3570 TAPE DRV TO MDL12 | MONTEREY PARK, CA | $9,407.00 | $0.00 |
| UPGRADE LOBBY | MONTEREY PARK, CA | $3,578.83 | $0.00 |
| UPS FOR PHONE & VOICE MAIL SYS | MONTEREY PARK, CA | $5,342.44 | $0.00 |
| UPS SYSTEM | MONTEREY PARK, CA | $19,449.36 | $0.00 |
| USE TAX FOR ASSET #10924 SFTWR | MONTEREY PARK, CA | $414.56 | $0.00 |
| USE TAX FOR ASSET #11184 | MONTEREY PARK, CA | $231.00 | $0.00 |
| USE TAX FOR ASSET #11336 SFTWR | MONTEREY PARK, CA | $1,347.97 | $0.00 |
| USE TAX FOR ASSET #11373 SFTWR | MONTEREY PARK, CA | $185.63 | $0.00 |
| USE TAX FOR ASSET #11377 | MONTEREY PARK, CA | $338.83 | $68.93 |

| Description | Location | Cost basis | Net Book Value |
|---|---|---|---|
| USE TAX FOR ASSET #5148 | MONTEREY PARK, CA | $5.24 | $0.00 |
| USE TAX FOR ASSET #5606 SFTWR | MONTEREY PARK, CA | $1,856.25 | $0.00 |
| USE TAX-#11991 OFFCE FURN-K.K. | MONTEREY PARK, CA | $179.70 | $174.57 |
| USE TAX-HFA SCHEDULING SFTWR | MONTEREY PARK, CA | $727.03 | $0.00 |
| USE TAX-HFA SCHEDULING SFTWR | MONTEREY PARK, CA | $517.50 | $0.00 |
| VERTEX SOFTWARE INTERFACE | MONTEREY PARK, CA | $2,000.00 | $0.00 |
| VOICE MAIL SYSTEM UPGRADE | MONTEREY PARK, CA | $10,567.58 | $6,516.66 |
| VOICE MAIL/DIRECT DIALING SYS | MONTEREY PARK, CA | $15,132.80 | $0.00 |
| WIDMER MODEL RS CHECK SIGNER | MONTEREY PARK, CA | $4,107.00 | $821.40 |
| WORKSTATION-375MHZ 43P-150 | MONTEREY PARK, CA | $16,230.93 | $0.00 |
| WORKSTATIONS-375MHZ 43P-150(2) | MONTEREY PARK, CA | $30,595.97 | $0.00 |
| | | **TOTAL:** | **$308,293.08** |

**In re: International Aluminum Corporation**                    **Case No. 10-10003 (MFW)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Canadian Imperial Bank of Commerce New York Agency as Admin Agent 300 Madison Ave 4th Fl New York, NY 10017 | | | 3/30/2007 | | | | $118,800,039.00 | Undetermined |
| | | | | | | | | |
| | | | | | Subtotal(s) (Total(s) on this page) | **$118,800,039.00** | **$0.00** |
| | | | | | | Total(s) (Use only on last page) | **$118,800,039.00** | **$0.00** |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

**In re: International Aluminum Corporation**                                      **Case No. 10-10003 (MFW)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIM   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**In re: International Aluminum Corporation**                                        **Case No. 10-10003 (MFW)**

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507 (a)(10).


*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**In re: International Aluminum Corporation**                                    **Case No. 10-10003 (MFW)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | |

| | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|
| Subtotals (Totals on this page): | $0.00 | $0.00 | $0.00 |
| Total: (Report also on the Summary of Schedules) | $0.00 | | |
| Totals: (Report also on the Statistical Summary of Certain Liabilities Related Data) | | $0.00 | $0.00 |

**In re: International Aluminum Corporation**                    **Case No. 10-10003 (MFW)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| See attached schedule F | | | | | | | $52,363,112.56 |
| | | | | | Subtotal (Total on this page) | | **$52,363,112.56** |
| | | | | | Total | | **$52,363,112.56** |
| | | | (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 777 PARTNERS | ATTN: CHARLES ROY | OLTMAN'S CONSTRUCTION CO | | WHITTIER | CA | 90608-0985 | 2010-01-01 | | | | $2,500.00 |
| ADCO SERVICES INC | | 1532 OLYMPIC BLVD | | MONTEBELLO | CA | 90640 | 2010-01-25 | | | | $16.13 |
| AEA MEZZANINE FUND (UNLEVERAGED), L.P. | JOHN K. CUNNINGHAM | WHITE AND CASE LLP | 200 SOUTH BISCAYNE BLVD STE 4900 | MIAMI | FL | 33131-2352 | | | | | $3,171,701.82 |
| AEA MEZZANINE FUND, L.P | JOHN K. CUNNINGHAM | WHITE AND CASE LLP | 200 SOUTH BISCAYNE BLVD STE 4900 | MIAMI | FL | 33131-2352 | | | | | $9,983,445.31 |
| ARAKELIAN ENTERPRISES INC | DBA: ATHENS SERVICES | PO BOX 60009 | | CITY OF INDUSTRY | CA | 91716-0005 | 2009-12-31 | | | | $291.21 |
| ARCHER-NORRIS | | PO BOX 8035 | | WALNUT CREEK | CA | 94596 | Various | | | | $12,930.60 |
| AT&T COMMUNICATIONS | | PO BOX 10191 | | VAN NUYS | CA | 91410 | Various | | | | $1,277.92 |
| BUSICK INSULATED GLASS | | 585 OSAGE ST | | DENVER | CO | 80204 | Various | | | | $3,062.76 |
| BUSINESS CREDIT SOLUTIONS INC | | 19730 VENTURA BLVD STE 17 | | WOODLAND HILLS | CA | 91364 | Various | | | | $65,006.00 |
| CARLYLE CAPITAL CORPORATION LIMITED | JOHN K. CUNNINGHAM | WHITE AND CASE LLP | 200 SOUTH BISCAYNE BLVD STE 4900 | MIAMI | FL | 33131-2352 | | | | | $2,578,404.89 |
| CARLYLE MEZZANINE PARTNERS, L.P. | JOHN K. CUNNINGHAM | WHITE AND CASE LLP | 200 SOUTH BISCAYNE BLVD STE 4900 | MIAMI | FL | 33131-2352 | | | | | $23,205,666.77 |
| CITY OF MONTEREY PARK | WATER DEPARTMENT | 320 W NEWMARK AVE | | MONTEREY PARK | CA | 91754 | 2009-12-30 | | | | $129.65 |
| CONTINENTAL STOCK TRANSFER & | TRUST CO | 17 BATTERY PLACE | | NEW YORK | NY | 10004 | Various | | | | $526.11 |
| CREDIT MANAGERS ASSOCIATION | OF CALIFORNIA | PO BOX 7740 | | BURBANK | CA | 91510 | 2009-12-31 | | | | $468.00 |
| DEWEY SERVICES INCORPORATED | DBA: DEWEY PEST CONTROL CO | PO BOX 7114 | | PASADENA | CA | 91109 | 2009-12-25 | | | | $48.00 |
| DIETERICH-POST CO | | PO BOX 155 | | MONTEREY PARK | CA | 91754 | Various | | | | $334.49 |
| DIGITAL TELECOMMUNICATIONS | | 7733 LEMONA AVENUE | | VAN NUYS | CA | 91405 | Various | | | | $498.19 |
| DREYER, EDMONDS & ROBBINS | | 355 SO GRAND AVE STE 1710 | | LOS ANGELES | CA | 90071 | 2010-01-11 | | | | $6,000.00 |
| EFAX CORPORATE | C/O J2 GLOBAL COMMUNICATIONS | P O BOX 51873 | | LOS ANGELES | CA | 90051-6173 | Various | | | | $98.00 |
| EMKAY INC | | PO BOX 92047 | | CHICAGO | IL | 60675-2047 | Various | | | | $3,862.93 |
| EXPONENT, INC | | P O BOX 200283 DEPT 002 | | DALLAS | TX | 75320-0283 | 2009-12-31 | | | | $4,821.91 |
| FEDEX FREIGHT WEST | | DEPT LA | PO BOX 21415 | PASADENA | CA | 91185-1415 | Various | | | | $155.28 |
| FELDMAN WATCH COMPANY INC | | 9000 WEST PICO BLVD | | LOS ANGELES | CA | 90035 | 2009-12-16 | | | | $95.00 |
| FORD & HARRISON LLP | | P O BOX 101423 | | ATLANTA | GA | 30392-1423 | 2009-12-09 | | | | $1,383.00 |
| GENSTAR CAPITAL LLC | | FOUR EMBARCADERO CENTER | SUITE 1900 | SAN FRANCISCO | CA | 94111-4191 | 2009-10-28 | | | | $11,543.63 |
| GLEN W PETTIT | DBA: PETTIT MANIFOLD FORMS | PO BOX 1456 | | LA CANADA | CA | 91012 | 2009-12-03 | | | | $250.48 |
| HIRERIGHT SOLUTIONS INC | | 23883 NETWORK PLACE | | CHICAGO | IL | 60673-1238 | 2009-11-30 | | | | $61.42 |
| INTRALINKS | | P O BOX 414476 | | BOSTON | MA | 02241-4476 | 2009-12-31 | | | | $2,200.00 |
| KONICA MINOLTA | | 369 BRITANNIA ROAD EAST | | MISSISSAUGA | ON | L4Z 2H5 | Various | | | | $462.00 |
| LABOR LAW CENTER INC | | 12534 VALLEY VIEW STREET | SUITE 134 | GARDEN GROVE | CA | 92845-2006 | 2009-12-16 | | | | $14.90 |
| MAINLINE DISASTER RECOVERY | | 1700 SUMMIT LAKE DRIVE | | TALLAHASSEE | FL | 32317 | 2010-01-31 | | | | $900.00 |
| MICHAEL K SOMMER | | DBA: SOMMERGREEN'S | P O BOX 519 | YORBA LINDA | CA | 92885-0519 | 2010-01-10 | | | | $27.08 |
| NYLIM MEZZANINE PARTNERS II PARALLEL FUND, L.P. | JOHN K. CUNNINGHAM | WHITE AND CASE LLP | 200 SOUTH BISCAYNE BLVD STE 4900 | MIAMI | FL | 33131-2352 | | | | | $2,596,420.79 |
| NYLIM MEZZANINE PARTNERS II, L.P | JOHN K. CUNNINGHAM | WHITE AND CASE LLP | 200 SOUTH BISCAYNE BLVD STE 4900 | MIAMI | FL | 33131-2352 | | | | | $10,558,726.31 |
| OFFICEMAX INC | | 928 W CAMELBACK | | PHOENIX | AZ | 85013 | 2009-12-21 | | | | $109.54 |
| ORO VAL CONSTRUCTION | | PO BOX 985 | | WHITTIER | CA | 90608-0985 | 2010-01-01 | | | | $10,358.24 |
| PAETEC COMMUNICATIONS INC | | P O BOX 1283 | | BUFFALO | NY | 14240-1283 | Various | | | | $40,956.08 |
| PAPER CUTS INC | | 25876 THE OLD ROAD #145 | | STEVENSON RANCH | CA | 91381 | 2009-12-31 | | | | $78.75 |
| PAUL R. GARY & ASSOCIATES | DBA: THE GARY LAW GROUP | 2000 ONE MAIN PLACE | | PORTLAND | OR | 97204 | Various | | | | $724.00 |
| PITNEY BOWES | | PO BOX 856390 | | LOUISVILLE | KY | 40285-6390 | Various | | | | $713.99 |
| QUEST BUILDING SERVICES INC | | 6016 TYRONE AVENUE | | VAN NUYS | CA | 91401 | 2010-01-01 | | | | $1,060.00 |
| QUILL CORPORATION | | PO BOX 37600 | | PHILADELPHIA | PA | 19101-0600 | 2009-12-22 | | | | $1,922.80 |
| REAL VISION SOFTWARE INC | | PO BOX 12958 | | ALEXANDRIA | LA | 71315-2958 | 2009-02-11 | | | | $1,573.12 |
| RECALL TOTAL INFORMATION MGMNT | | PO BOX 101057 | | ATLANTA | GA | 30392-1057 | 2009-12-25 | | | | $1,168.28 |
| REED ELSEVIER INC | DBA: LEXISNEXIS COURTLINK | P O BOX 7247-6882 | | PHILADELPHIA | PA | 19170-6882 | Various | | | | $2,228.65 |
| RICHARDS, LAYTON & FINGER | | 920 NORTH KING STREET | | WILIMINGTON | DE | 19801 | 2010-01-13 | | | | $41,894.92 |
| SECURITY OF LOS ANGELES | | 12670 PAXTON STREET | | PACOIMA | CA | 91334 | 2020010-1 | | | | $529.35 |
| SIGMANET, INC. | | 4290 E BRICKELL STREET | | ONTARIO | CA | 91761 | Various | | | | $1,888.81 |
| SOUTHERN CALIF GAS CO | | PAYMENT PROCESSING CENTER | PO BOX C | MONTEREY PARK | CA | 91756 | 2010-01-08 | | | | $189.42 |
| SPRINT | | PO BOX 52241 | | PHOENIX | AZ | 85072 | 2010-01-06 | | | | $141.28 |
| STAPLES INC | | DEPT 82-0001006642 | PO BOX 182378 | COLUMBUS | OH | 43218-2378 | Various | | | | $2,232.90 |
| SUN MASTER INDUSTRIES INC | | 4202 SOUTH IRELAND COURT | | AURORA | CO | 80013 | Various | | | | $1,475.00 |
| SUNRISE WINDOW CLEANERS | | PO BOX 594 | | NORTH HOLLYWOOD | CA | 91603 | 2010-01-06 | | | | $135.00 |
| THE HOME DEPOT | | PO BOX 660335 | | DALLAS | TX | 75266 | 2009-12-29 | | | | $180.58 |
| TOSHIBA AMERICA BUSINESS SOLUT | | PO BOX 31001-0271 | | PASADENA | CA | 91110-0271 | 2009-12-27 | | | | $408.28 |
| TRICOR AMERICA INC | | PO BOX 8100 SFIA | | SAN FRANCISCO | CA | 94128 | Various | | | | $2,545.41 |
| UNITED PARCEL SERVICE | | PO BOX 505820 | | THE LAKES | NV | 88905 | Various | | | | $4,452.00 |
| URS CORPORATION | | DEPT 1028 | PO BOX 121028 | DALLAS | TX | 75312-1028 | Various | | | | $6,040.30 |
| VAN METER INC | | 14229 WEDDINGTON STREET | | SHERMAN OAKS | CA | 91401 | 2010-02-01 | | | | $900.00 |
| WHITE & CASE LLP | | WACHOVIA FINANCIAL CENTER | 200 SOUTH BISCAYNE BLVD | MIAMI | FL | 33131-2352 | 2009-12-28 | | | x | $35,875.28 |
| | | | | | | | | | | **TOTAL:** | **$52,363,112.56** |

**In re: International Aluminum Corporation**

**Case No. 10-10003 (MFW)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m)

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| See attached schedule G | |

| Name of other parties to lease or contract (not Debtor entities) | Notice Name | Address | City | State | Zip | Description of contract or lease |
|---|---|---|---|---|---|---|
| Adco Services Inc | Joseph M Addante | 767 Monterey Pass Rd | Monterey Pk | CA | 91756-0001 | Maintenance & Cleaning Contracts |
| American Architectural Manufacturers Association | | 767 Monterey Pass Rd | Monterey Park | CA | 91754 | Product Certification |
| American Architectural Manufacturers Association | John Frey Chief Designer | 767 Monterey Pass Rd | Monterey Park | CA | 91754 | Product Certification |
| American Architectural Manufacturers Association | Attn Dean Lewis Chief Engineer Certification Programs | 1827 Walden Office Sq Ste 550 | Schaumburg | IL | 60473 | Product Certification |
| American Architectural Manufacturers Association | Associated Laboratories Inc Attn John Smith President and Brad Smith Vice President | PO Box 152837 | Dallas | TX | 75315 | Product Certification |
| Athens Services | | PO Box 60009 | City of Industry | CA | 91716-0009 | Waste Disposal Agreements |
| Bosanova Inc | | 2012 W Long Cactus Dr | Phoenix | AZ | 85027 | Service Contracts |
| Building Maintenance of America | | 427 W Colorado Blvd Ste 202 | Glendale | CA | 91204 | Maintenance & Cleaning Contracts |
| Creative Plant Rentals | | 11571 Jackson St | Midway City | CA | 92655 | Service Contracts |
| Dewey Pest Control Co | | 7000 Telegraph Rd | Commerce | CA | 90040-3226 | Maintenance & Cleaning Contracts |
| Dewey Services Inc | | 7000 Telegraph Rd | Commerce | CA | 90040-3226 | Maintenance & Cleaning Contracts |
| Kens Katered Plants | | 20802 Mission Lane | Huntington Beach | CA | 92646 | Service Contracts |
| Konica Minolta Business Solutions USA Inc | | 100 Williams Dr | Ramsey | NJ | 07446 | Service Contracts |
| Kronos | | | | | | Service Contracts |
| MacAdam Bros Mail Delivery Service | | | | | | Service Contracts |
| Oro Vail Construction Company | | | | | | Real Property Leases |
| Quest Building Services Formerly Known As Pacific Rim Maintenance and Management | | 4102 W Magnolia Blvd Ste D | Burbank | CA | 91505 | Maintenance & Cleaning Contracts |
| RE Aire Heating and Air Conditioning | | 1212 E Cypress St | Covina | CA | 91724 | Service Contracts |
| Security of Los Angeles Inc | | 14649 Lanark St | Van Nuys | CA | 91402 | Service Contracts |
| Sommergreens Plant Service | Division of Creative Plant Rentals | PO Box 519 | Yorba Linda | CA | 92885-0519 | Service Contracts |
| Sunrise Window Cleaners Inc | Zane Britt | | | | | Maintenance & Cleaning Contracts |
| URS Corporation Americas | | 221 Main St Ste 600 | San Francisco | CA | 94105 | Professional Services |

**In re: International Aluminum Corporation**                    **Case No. 10-10003 (MFW)**

# SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. Bankr. P. 1007(m)

☑ Check this box if debtor has no codebtors.

| NAME AND  ADDRESS OF CODEBTOR | NAME AND  ADDRESS OF CREDITOR |
|---|---|
| NONE | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**In re: International Aluminum Corporation**                                                                 **Case No. 10-10003 (MFW)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

I, Geoffrey A. Pankau, VP Corporate Controller of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __47__ sheets , and that they are true and correct to the best of my knowledge, information, and belief.

Date  __3/3/10__                                    Signature: _~~Geoffrey A. Pankau~~_ _____

                                                                          **Geoffrey A. Pankau**

                                                                          **VP Corporate Controller**

--------------------------------------------------------------------------------------------------------------------------------

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.§§ 152 and 3571.