IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
INTERNATIONAL ALUMINUM : Case No. 10-10003 (MFW)
CORPORATION, *et al.*,[1] :
: (Jointly Administered)
Debtors. :
---------------------------------------------------------------x

## NOTICE OF *AMENDED* [2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 19, 2010 AT 10:30 A.M.[3]

I. **CONTINUED MATTER**

1. Motion of Ranger Specialized Glass, Inc. for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code and for Abstention [Dkt. No. 156 - filed 2/5/10]

    Objection/Response Deadline: February 22, 2010 at 4:00 p.m.; extended for the Debtors.

    Related Documents: None as of this date.

    Objections/Responses Received: None as of this date.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: International Aluminum Corporation (3332), IAC Holding Co. (3119), United States Aluminum Corporation (8449), United States Aluminum Corporation – Carolina (3238), United States Aluminum Corporation – Illinois (2481), United States Aluminum Corporation – Texas (6269), RACO Interior Products, Inc. (0437), General Window Corporation (7764), International Extrusion Corporation – Texas (9058), International Extrusion Corporation (5103), International Window – Arizona Inc. (2781), and International Window Corporation (5989). The Debtors may be served at: International Aluminum Corporation, 767 Monterey Pass Road, Monterey Park, California 91754.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the April 19, 2010 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Standard Time) on Friday, April 16, 2010 in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*. All pleadings referenced herein are available online at http://www.kccllc.net/IntAlum.

Status: By agreement between the parties, the hearing on this matter has been continued to May 14, 2010 at 3:00 p.m., without prejudice to any further extensions that may be agreed to between the parties in writing.

## II. UNCONTESTED MATTER GOING FORWARD

2. Notice of Motion and Motion of Correll Estates Development LLC (Erroneously sued and served as Correll Estates Development Company LLC) for Relief from Stay Under Section 362 of the Bankruptcy Code [Dkt. No. 343 - filed 3/23/10]
   Objection/Response Deadline: April 14, 2010 at 4:00 p.m.

   Related Documents: None as of this date.

   Objections/Responses Received: None as of this date.

   Status: The hearing on this matter will go forward.

## III. CONTESTED MATTER GOING FORWARD

3. Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of IAC Holding Co., International Aluminum Corporation, United States Aluminum Corporation, United States Aluminum Corporation-Carolina, United States Aluminum Corporation-Illinois, United States Aluminum Corporation-Texas, RACO Interior Products, Inc., General Window Corporation, International Extrusion Corporation-Texas, International Extrusion Corporation, International Window-Arizona, Inc., and International Window Corporation [Dkt. No. 13 - filed 1/4/10]

   Objection/Response Deadline: April 7, 2010 at 4:00 p.m.; Extended to April 9, 2010 for the U.S. Trustee.

   Related Documents:

   A. Disclosure Statement Relating to the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of IAC Holding Co., International Aluminum Corporation, United States Aluminum Corporation, United States Aluminum Corporation-Carolina, United States Aluminum Corporation-Illinois, United States Aluminum Corporation-Texas, RACO Interior Products, Inc., General Window Corporation, International Extrusion Corporation-Texas, International Extrusion Corporation, International Window-Arizona, Inc., and International Window Corporation [Dkt. No. 14 - filed 1/5/10]

   B. Notice of Hearing to Consider Approval of Disclosure Statement Relating to Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Dkt. No. 72 - filed 1/11/10]

C.     Amended Disclosure Statement Relating to the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of IAC Holding Co., International Aluminum Corporation, United States Aluminum Corporation, United States Aluminum Corporation-Carolina, United States Aluminum Corporation-Illinois, United States Aluminum Corporation-Texas, RACO Interior Products, Inc., General Window Corporation, International Extrusion Corporation-Texas, International Extrusion Corporation, International Window-Arizona, Inc., and International Window Corporation [Dkt. No. 139 - filed 2/2/10]

D.     Debtors' Motion for an Order (I) Approving the Notice of the Disclosure Statement Hearing; (II) Approving the Disclosure Statement; (III) Fixing the Voting Record Date; (IV) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (V) Approving the Solicitation Package and Procedures for Distribution Thereof; (VI) Approving the form of Ballots and Establishment of Procedures for Voting on the Plan; (VII) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VIII) Fixing the Voting Deadline to Accept or Reject the Plan; and (IX) Approving Procedures for Vote Tabulations in Connection Therewith [Dkt. No. 140 - filed 2/2/10]

E.     Disclosure Statement Relating to the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of IAC Holding Co., International Aluminum Corporation, United States Aluminum Corporation, United States Aluminum Corporation-Carolina, United States Aluminum Corporation-Illinois, United States Aluminum Corporation-Texas, RACO Interior Products, Inc., General Window Corporation, International Extrusion Corporation-Texas, International Extrusion Corporation, International Window-Arizona, Inc., and International Window Corporation [Dkt. No. 180 - filed 2/12/10]

F.     Order Approving Debtors' Motion for an Order (I) Approving the Notice of the Disclosure Statement Hearing; (II) Approving the Disclosure Statement; (III) Fixing the Voting Record Date; (IV) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (V) Approving the Solicitation Package and Procedures for Distribution Thereof; (VI) Approving the form of Ballots and Establishment of Procedures for Voting on the Plan; (VII) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VIII) Fixing the Voting Deadline to Accept or Reject the Plan; and (IX) Approving Procedures for Vote Tabulations in Connection Therewith [Dkt. No. 204 - filed 2/19/10]

G.     Plan Supplement to Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Dkt. No. 387 - filed 4/9/10]

H.     Memorandum of Law in Support of Confirmation of Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and

Omnibus Reply to Objections [Filed Under Seal Dkt. No. 398 - filed 4/14/10] **[Unredacted Dkt. No. 407 - filed 4/15/10]**

I. Declaration of Frank Sellman in Support of Confirmation of the Debtors' Chapter 11 Plan of Reorganization [ Filed Under Seal Dkt. No. 399 - filed 4/14/10] **[Unredacted Dkt. No. 409 - filed 4/16/10]**

J. Declaration of Richard E. Almy in Support of Confirmation of the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed Under Seal Dkt. No. 400 - filed 4/14/10] **[Unredacted Dkt. No. 4010 - filed 4/16/10]**

K. Declaration of Jeffrey B. Park in Support of Confirmation of Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed Under Seal Dkt. No. 401 - filed 4/14/10] **[Unredacted Dkt. No. 412 - filed 4/16/10]**

L. Transmittal Declaration of Christopher M. Lopez Regarding Memorandum of Law in Support of Confirmation of Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and Omnibus Reply to Objections [Filed Under Seal Dkt. No. 403 - filed 4/14/10] **[Unredacted Dkt. No. 411 - filed 4/16/10]**

M. Motion of Debtors for an Order Authorizing the Debtors to Exceed the Page Limit Requirement for Memorandum of Law in Support of Confirmation of Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and Omnibus Reply to Objections [Dkt. No. 405 - filed 4/14/10]

N. **The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on Confirmation of Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of IAC Holding Co., International Aluminum Corporation, United States Aluminum Corporation, United States Aluminum Corporation-Carolina, United States Aluminum Corporation-Illinois, United States Aluminum Corporation-Texas, RACO Interior Products, Inc., General Window Corporation, International Extrusion Corporation-Texas, International Extrusion Corporation, International Window-Arizona, Inc., and International Window Corporation [Dkt. No. 414 - filed 4/16/10]**

O. **Notice of Filing of Proposed Confirmation Order [Dkt. No. 417 - 4/16/10]**

P. **Debtors' Witness List [Dkt. No. 418 - filed 4/16/10]**

Q. **Debtors' Exhibit List [Dkt. No. 419 - filed 4/16/10**

Objections/Responses Received:

i. Maricopa County's Notice of Perfected Liens and Response to Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of IAC Holding Co., International Aluminum Corporation, United States Aluminum Corporation, United States Aluminum Corporation-Carolina, United States Aluminum Corporation-Illinois, United States Aluminum Corporation-Texas, RACO Interior Products, Inc., General Window Corporation, International Extrusion Corporation-Texas, International Extrusion Corporation, International Window-Arizona, Inc., and International Window Corporation [Dkt. No. 322 - filed 3/23/10]

ii. Objection by the Internal Revenue Service to the Debtors' Joint Plan [Dkt. No. 369 - filed 4/7/10]

iii. The Official Committee of Unsecured Creditors' Objection to Confirmation of the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed Under Seal Dkt. No. 373 - filed 4/7/10] **[Unredacted Dkt. No. 413 - filed 4/16/10]**

iv. Local Texas Tax Authorities' Objection to Confirmation of Debtors' Joint Plan of Reorganization [Dkt. No. 376 - filed 4/7/10]

v. United States Trustee's Objection to the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Dkt. No. 386 - filed 4/9/10]

Status: The hearing on this matter will go forward.

Dated: April 16, 2010  
Wilmington, Delaware

Respectfully submitted,

*/s/ Katherine Good*

Mark D. Collins (No. 2931)  
John H. Knight (No. 3848)  
L. Katherine Good (No. 5101)  
Tyler D. Semmelman (No. 5386)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

-and-

Gary T. Holtzer  
Robert J. Lemons  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000

*Counsel to Debtors and Debtors In Possession*