# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | International Aluminum Corporation |
| **Case Number:** | 10-10003-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, APRIL 19, 2010 10:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matters:*

1) Confirmation
   **R / M #:**   419 / 0

2) Motion for Relief from Stay
   **R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
   Item 1 - Continued
   Item 2 - Order entered under Certification of Counsel
   Item 3 - Matter taken under advisement