# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | International Aluminum Corporation |
| **Case Number:** | 10-10003-MFW     **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, APRIL 26, 2010 03:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

TELECONFERENCE re: Confirmation (tentative)

**R / M #:**   439 /  0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Telephonic hearing held.
Judge issued ruling.
Confirmation order due under Certification of Counsel.