IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL ALUMINUM CORPORATION, et al.,[1] | Case No. 10-10003 (MFW) |
| Debtors. | Jointly Administered |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Greg Barlage, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the debtor in the above-captioned case.

On April 12, 2010, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the parties set forth on the service list attached hereto as Exhibit A:

*[Space Intentionally Left Blank]*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: International Aluminum Corporation (3332), IAC Holding Co. (3119), United States Aluminum Corporation (8449), United States Aluminum Corporation – Carolina (3238), United States Aluminum Corporation- Illinois (2481), United States Aluminum Corporation – Texas (6269), RACO Interior Products, Inc. (0437), General Window Corporation (7764), International Extrusion Corporation – Texas (9058), International Extrusion Corporation (5103), International Window – Arizona Inc (2781), and International Window Corporation (5989).

- Notice of (I) Approval of Disclosure Statement; (II) Establishment of Record Dates; (III) Hearing on Confirmation of the Plan and Procedures for Objecting to Confirmation of the Plan; and (IV) Procedures and Deadline for Voting on the Plan [attached hereto as Exhibit B]

Dated: April 26, 2010

Greg Barlage
Kurtzman Carson Consultants LLC

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th day of April, 2010, by Greg Barlage, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature:

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# Exhibit A

Exhibit A

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Auto Glass Depot | 940 New Depot St Apt 1 | Los Angeles | CA | 90012-1156 |
| PC Solutions of South Florida | 6867 College Ct No 8-101 | Davie | FL | 33317-7164 |
| The Enterprise | 1324 Belmont St Ste 10 | Brockton | MA | 02301-4435 |
| Veronica Soper | 11350 S Avenue G | Chicago | IL | 60617-7009 |

**Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
                                                                :
*In re*                                                         :    Chapter 11
                                                                :
INTERNATIONAL ALUMINUM                                          :    Case No. 10-10003 (MFW)
CORPORATION, *et al.*,[1]                                       :
                                                                :    (Jointly Administered)
                              Debtors.                          :
----------------------------------------------------------------x

NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT;
(II) ESTABLISHMENT OF RECORD DATES; (III) HEARING ON
CONFIRMATION OF THE PLAN AND PROCEDURES FOR
OBJECTING TO CONFIRMATION OF THE PLAN; AND
(IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN

PLEASE TAKE NOTICE THAT:

*Approval of Disclosure Statement.* By order dated February 19, 2010 (the "**Order**"), the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") approved the *Disclosure Statement Relating to the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (as amended or modified, the "**Disclosure Statement**") filed by the debtors and debtors in possession in the above-referenced chapter 11 cases (collectively, the "**Debtors**"), and directed the Debtors to solicit votes with regard to the approval or rejection of the *Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (as amended or modified, the "**Plan**"), annexed as Exhibit A to the Disclosure Statement. Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

*Confirmation Hearing.* A hearing to consider the confirmation of the Plan (the "**Confirmation Hearing**") will be held on April 19, 2010 at 10:30 a.m. (prevailing Eastern Time) before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801. The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to interested parties.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: International Aluminum Corporation (3332), IAC Holding Co. (3119), United States Aluminum Corporation (8449), United States Aluminum Corporation – Carolina (3238),United States Aluminum Corporation – Illinois (2481), United States Aluminum Corporation – Texas (6269), RACO Interior Products, Inc. (0437), General Window Corporation (7764), International Extrusion Corporation – Texas (9058), International Extrusion Corporation (5103), International Window – Arizona, Inc. (2781), and International Window Corporation (5989) The Debtors may be served at: International Aluminum Corporation, 767 Monterey Pass Road, Monterey Park, California 91754.

RLF1 3540239v.1

***Record Date for Voting Purposes.*** February 17, 2010 is the voting record date (the "**Voting Record Date**") for purposes of determining which creditors are entitled to vote on the Plan. Therefore, only those creditors in a class entitled to vote on the Plan and holding claims against one or more of the Debtors as of the Voting Record Date are entitled to vote on the Plan.

***Voting Deadline.*** All votes to accept or reject the Plan must be actually received by the Debtors' Balloting Agent, Kurtzman Carson Consultants LLC, as noted on the applicable Ballot, by no later than 4:00 p.m. (prevailing Eastern Time) on April 7, 2010 (the "**Voting Deadline**"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote.

***Parties in Interest Not Entitled to Vote.*** The following claimants and equity interest holders are not entitled to vote on the Plan: (i) holders of unimpaired claims; (ii) holders of claims or interests who will receive no distribution at all under the Plan; and (iii) holders of claims that are the subject of filed objections or requests for estimation. Creditors may contact the Debtors' Balloting Agent, Kurtzman Carson Consultants LLC, in writing at 757 Third Avenue, 3rd Floor, New York, NY 10017, or by calling (866) 734-9393 to receive an appropriate ballot for any claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted.

***Objections to Confirmation.*** Objections, if any, to confirmation of the Plan must:

(a) be in writing;

(b) state the name and address of the objecting party and the nature of the claim or interest of such party;

(c) state with particularity the basis and nature of any objection;

(d) be filed, together with proof of service, with the Bankruptcy Court; and

(e) be served in accordance with General Order M-242 upon i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Gary T. Holtzer, Esq., Robert J. Lemons, Esq., and Christopher M. Lopez, Esq.), counsel to the Debtors, and Richards, Layton & Finger, P.A., One Rodney Square, Wilmington, Delaware 19899 (Attn: John H. Knight, Esq. and L. Katherine Good, Esq.), co-counsel to the Debtors; (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jane M. Leamy, Esq.); (iii) Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: Mark Broude, Esq. and Jason Sanjana, Esq.), counsel to the Administrative Agent; and (iv) White & Case, LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33141 (Attn: John K. Cunningham, Esq.), counsel to the Committee, and Fox Rothschild LLP, 919 N. Market Street, Suite 1300, Wilmington, Delaware 19899 (Attn: Jeffrey M. Schlerf, Esq.), co-counsel to the Committee.

**The Plan provides that each person who votes to accept the Plan, or who, directly or indirectly, is entitled to receive a distribution under the Plan, shall be deemed to forever release certain claims against the Released Parties, as such term is defined in the Plan, existing as of the Effective Date, or thereafter arising from any act, omission, event, or other occurrence that occurred on or prior to the Effective Date. The Disclosure Statement and the Plan should be referenced for a complete description of the releases set forth therein.**

***Additional Information.*** Any party in interest may obtain copies of pleadings filed in these cases, the Plan, and the Disclosure Statement without charge at the website maintained by the Debtors' claims and noticing agent, www.kccllc.net/Intalum, or by contacting Kurtzman Carson Consultants LLC by telephone at (877) 499-4509; or by mail to International Aluminum Corporation, c/o Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo, CA 90245. All documents filed in these cases may also be viewed (a) during regular business hours (9:00 a.m. to 4:00 p.m., Eastern Time, weekdays, except legal holidays) at the U.S. Bankruptcy Court for the District of Delaware, 825 Market Street, Wilmington, Delaware 19801 and (b) electronically on the PACER system at https://ecf.deb.uscourts.gov.

Dated: February 19, 2010

*/s/ Katherine Good*

John H. Knight
L. Katherine Good
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
Direct Dial: (302) 651-7700
Direct Fax: (302) 651-7701
Email: knight@rlf.com
       good@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Gary T. Holtzer
Robert J. Lemons

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

## Name of Debtors and Case Numbers

| DEBTOR | CASE NUMBER |
| --- | --- |
| International Aluminum Corporation | 10-0003 |
| IAC Holding Co. | 10-0004 |
| United States Aluminum Corporation | 10-0005 |
| United States Aluminum Corporation – Carolina | 10-0006 |
| United States Aluminum Corporation – Illinois | 10-0007 |
| United States Aluminum Corporation – Texas | 10-0008 |
| RACO Interior Products, Inc. | 10-0009 |
| General Window Corporation | 10-0010 |
| International Extrusion Corporation – Texas | 10-0011 |
| International Extrusion Corporation | 10-0012 |
| International Window Corporation – Arizona, Inc. | 10-0013 |
| International Window Corporation | 10-0014 |