# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that separately maintained by the post reorganized debtor.

| | |
|---|---|
| Debtor's Name: | INTERNATIONAL ALUMINUM CORP, et al |
| Bankruptcy Number: | 10-10000(KJC) |
| Date of Confirmation: | April 26, 2010 |
| Reporting Period (month/year): | NOVEMBER 2010 |

| Bank: | |
|---|---|
| Account Number: | |
| Account Type: | |

| | City National Bank xxx-xxxxxT | City National Bank xxx-xxxx82 | City National Bank xxx-xxxx57 | City National Bank Acct 1149 | City National Bank xxx-xxxx8 | City National Bank xxx-xxxx | 123 Bank xxxxxx17 | City National Bank xxxxxxxxx | City National Bank xxx-xxxx73 | City National Bank xxx-xxxx9 | City National Bank xxx-xxxx74 | City National Bank xxx-xxxx18 | City National Bank xxx-xxxx7 | City National Bank xxx-xxxx4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pre-successor General Disbursing | Pre-successor Payroll Acct Corp | Pre-successor Payroll Acct-Hole | CASH(A) Transfer | Cash,B Intercompany Transfer | Cash & Equivalent Time Bond | Cash Equivalents | Revolve/cash | Successor - General Disbursing-2WD | Successor - General Disbursing-2WD | Successor - General Disbursing-LHP | Successor - Payroll 0203 | Successor Payroll Acct-MP | Successor Payment Acct |
| Beginning Cash Balance: | 282,632 | - | - | 7,812,357 | - | 9,832,554 | - | 816,000 | 407,717 | 8,584,594 | - | 2,020 | 234,520 | 16,000 |
| All receipts received by the debtor: | | | | | | | | | | | | | | |
| Cash Sales: | - | | | - | - | - | - | | 1,332,706 | 43,738 | | | | - |
| Collection of Accounts Receivable: | - | | | - | - | - | - | | | 21,347,209 | | | | - |
| Proceeds from Litigation (settlement or otherwise): | - | | | - | - | - | - | | | | | | | - |
| Sale of Debtor's Assets: | - | | | 45,010 | - | - | - | | | | | | | - |
| Intercompany transfers & payor/(imprest) funding: | - | | | - | (7,860,078) | - | - | 620,000 | 700,000 | 7,609,497 | | 429,235 | 3,902,242 | 10,379 |
| Capital infusion pursuant to the Plan: | - | | | - | - | - | - | | | | | | | - |
| Total of cash received: | - | | | 45,010 | (7,860,078) | - | - | 620,000 | 2,032,706 | 28,913,003 | | 429,235 | 3,902,242 | 10,379 |
| Total of cash available: | 282,632 | - | - | 7,857,367 | (7,860,078) | 9,832,554 | - | 1,375,000 | 2,440,423 | 28,197,597 | | 431,255 | 3,656,545 | 26,379 |
| | | | | | | | | | | | | | | |
| Less all disbursements or payments made under the confirmed plan made by the Debtor: | | | | | | | | | | | | | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | - | | | - | - | - | - | - | 429,235 | 2,014,170 | | - | - | - |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | (670) | | | - | - | - | - | - | 10,107 | 10,016,400 | | 429,235 | 3,652,045 | 10,379 |
| Transfer to (figure)&Sec payroll | - | | | 45,460 | - | - | - | - | | | | | | |
| Intercompany transfers - net | (670) | | | - | - | - | - | - | | | | | | |
| All other payments/disbursements made in the ordinary course: | - | | | - | - | - | - | - | 2,421,659 | 20,135,792 | | 429,235 | 3,652,045 | 10,379 |
| Total Disbursements: | (670) | | | 45,460 | (7,860,078) | - | - | 1,275,000 | (79,177) | 6,001,818 | | 2,020 | 4,500 | 16,000 |
| Ending Cash Balance: | 282,402 | | | 7,812,387 | - | 9,832,554 | - | 1,275,000 | | | | | | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signature: _____

11/22/2010
Date

Geoff Fenton, VP-Controller
Name/Title

Debtor: INTERNATIONAL ALUMINUM CORP, et al
10-10000(KJC)
Case Number:

Disbursements for fee calculation

$ 79,325
see each debtor for fee

Page

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**
This Report is to be submitted for all bank accounts that are presently maintained by the post-confirmation debtor.

| | | |
|---|---|---|
| Debtor's Name: | INTERNATIONAL ALUMINUM CORP | |
| Bankruptcy Number: | 10-10003 | |
| Date of Confirmation: | April 30, 2010 | |
| Reporting Period (month/year): | NOVEMBER 2010 | |

| Bank: | City National Bank | | City National Bank | US Bank | City National Bank | City National Bank | City National Bank | City National Bank | City National Bank | City National Bank |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number: | 001-278453 | Acct 1140 Cash GL | BND-455340 | 455550767 | 026528035595 | 210-112731 | 210-116079 | 210-112766 | 210-115087 | 210-116059 |
| Account Type: | Predecessor General Disbursing | Intercompany Transfer | Cash Eqviv-Govt Treas Bond | Cash Equivalents | Restricted cash | Successor General Disbursing | Successor General Disbursing | Successor Payroll Acct- IMIG | Successor Payroll Acct- IAP | Successor Imprest Acct |
| Beginning Cash Balance: | 9,489 | (7,580,070) | 5,822,554 | | 875,000 | 407,717 | 7,790,743 | 2,000 | | |
| All receipts received by the debtor: | | | | | | | | | | |
| Misc/Cash Sales: | | - | - | - | - | - | - | - | - | - |
| Collection of Accounts Receivable: | | - | - | - | - | 1,337,705 | - | - | - | - |
| Proceeds from Litigation (settlement or otherwise): | | - | - | - | - | - | - | - | - | - |
| Sale of Debtor's Assets: | | - | - | - | - | - | - | - | - | - |
| Intercompany transfers-net & payroll/imprest funding | | - | - | - | 400,000 | 700,000 | - | 429,285 | - | - |
| Capital Infusion pursuant to the Plan: | | - | - | - | - | - | - | - | - | - |
| Total of cash received: | - | - | - | - | 400,000 | 2,037,705 | - | 429,285 | - | - |
| Total of cash available: | 9,489 | (7,580,070) | 5,822,554 | | 1,275,000 | 2,445,422 | 7,790,743 | 431,285 | | |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:

Disbursements made pursuant to the administrative claims of bankruptcy professionals:

| | City National Bank 001-278453 | Acct 1140 | BND-455340 | US Bank | 026528035595 | 210-112731 | 210-116079 | 210-112766 | 210-115087 | 210-116059 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 420,285 | | | | |
| Transfer to imprest &/or payroll | | - | - | - | | 10,007 | | | | |
| Intercompany transfers -net | | - | - | - | | 2,092,303 | 2,958,026 | 5,105 | | |
| All other external disbursements made in the ordinary course: | | - | - | - | | 2,521,595 | 2,963,176 | 429,285 | 2,000 | |
| Total Disbursements | - | - | - | - | | 2,521,595 | 2,963,176 | 429,285 | 2,000 | |
| Ending Cash Balance | 9,489 | (7,580,070) | 5,822,554 | | 1,275,000 | (76,173) | 5,227,567 | 429,285 | 2,000 | |

4,890,351

Disbursements for fee calculations**          Fee**

$ 2,916,759     $ 9,750

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Geoff Pantos, VP-Controller
Name/Title

11/23/2010
Date

Debtor: INTERNATIONAL ALUMINUM CORP
Case Number: 10-10003

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| Debtor's Name: | IAC HOLDING CO |
|---|---|
| Bankruptcy Number: | 10-10004 |
| Date of Confirmation: | April 30, 2010 |
| Reporting Period (monthly/year): | NOVEMBER 2010 |

| | City National Bank 001-378463 | City National Bank 001-699967 | City National Bank 001-195472 | City National Bank 210-110879 | City National Bank 210-110887 | City National Bank 210-110909 |
|---|---|---|---|---|---|---|
| Bank: Account Number: Account Type: | Predecessor General Disbursing | Predecessor Payroll Acct | Predecessor Imprest Acct | Successor General Disbursing | Successor Payroll Acct | Successor Imprest Acct |
| Beginning Cash Balance: | - | - | - | - | - | - |
| All receipts received by the debtor: | | | | | | |
| Misc/Cash Sales: | - | - | - | - | - | - |
| Collection of Accounts Receivable: | - | - | - | - | - | - |
| Proceeds from Litigation (settlement or otherwise); | - | - | - | - | - | - |
| Sale of Debtor's Assets: | - | | - | - | - | - |
| Intercompany transfers-net & payroll/imprest funding | - | - | - | - | - | - |
| Capital Infusion pursuant to the Plan: | | | | | | |
| Total of cash received: | - | - | - | - | - | - |
| Total of cash available: | - | - | - | - | - | - |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | | | | | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | | | | | |
| Transfer to imprest &/or payroll | - | - | - | - | - | - |
| Intercompany transfers -net | | | | | | |
| All other external disbursements made in the ordinary course: | | - | - | - | - | - |
| Total Disbursements | - | - | - | - | - | - |
| Ending Cash Balance | | | | | | |

Disbursements for fee calculations=

Fee=   $   325

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| 11/23/2010 | /s/ Geoff Pankau, VP-Controller |
|---|---|
| Date | Name/Title |

| Debtor: | IAC HOLDING CO |
|---|---|
| Case Number: | 10-10004 |

mjn
11/23/2010 1:59 PM
Debtor 10-10004 Nov Qtr 2010

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | City National Bank 001-378463 | City National Bank 001-098567 | City National Bank ACCT 1140 | City National Bank 210-110879 | City National Bank 210-110887 | City National Bank 210-110917 |
|---|---|---|---|---|---|---|---|
| Debtor's Name: | UNITED STATES ALUMINUM CORP | Predecessor General Disbursing | Predecessor Payroll Acct | CASH-IC TRANSFER | Successor General Disbursing | Successor Payroll Acct | Successor Imprest Acct |
| Bankruptcy Number: | 10-10005 | | | | | | |
| Date of Confirmation: | April 30, 2010 | | | | | | |
| Reporting Period (month/year): | NOVEMBER 2010 | | | | | | |
| Beginning Cash Balance: | | 49,720 | - | 1,163,691 | (160,238) | 18,447 | 2,000 |
| All receipts received by the debtor: | | | | | | | |
| Misc/Cash Sales: | | | | | - | - | - |
| Collection of Accounts Receivable: | | | - | - | 2,221,027 | - | - |
| Proceeds from Litigation (settlement or otherwise): | | | - | - | | - | - |
| Sale of Debtor's Assets: | | | - | - | | - | - |
| Intercompany transfers-net & payroll/imprest funding | | | - | 40,045 | - | 282,812 | 2,149 |
| Capital infusion pursuant to the Plan: | | | | | | | |
| Total cash received: | | - | - | 40,045 | 2,221,027 | 282,812 | 2,149 |
| Total of cash available: | | 49,720 | - | 1,203,737 | 2,060,789 | 301,258 | 4,149 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | | | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | | | | | | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | | | | 284,961 | | |
| Transfer to imprest &/or payroll | | | | 40,045 | 453,184 | | |
| Intercompany transfers -net | | | | | | | |
| All other external disbursements made in the ordinary course: | | | | 40,045 | 861,545 | 300,758 | 2,149 |
| Total Disbursements | | 1,877,011 | - | 40,045 | 1,599,689 | 300,758 | 2,000 |
| Ending Cash Balance | | 49,720 | - | 1,163,691 | 461,100 | 500 | 2,000 |

Disbursements for fee calculations= 1,164,452

Fee= $ 6,500

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Geoff Pankau, VP-Controller
Name/Title

11/23/2010
Date

Debtor: UNITED STATES ALUMINUM CORP

Case Number: 10-10005

mjn
11/23/2010 2:00 PM
Debtor 10-10005 Nov Qtr 2010

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | City National Bank 001-378453 | City National Bank 001-499967 | City National Bank ACCT 1140 | City National Bank 210-110879 | City National Bank 210-110887 | City National Bank 210-110976 |
|---|---|---|---|---|---|---|---|
| **Debtor's Name:** UNITED STATES ALUMIMUM-CAROLINA | **Bank:** | Predecessor General Disbursing | Predecessor Payroll Acct | CASH-IIC TRFR | Successor General Disbursing | Successor Payroll Acct | Successor Imprest Acct |
| **Bankruptcy Number:** 10-10006 | **Account Number:** | | | | | | |
| **Date of Confirmation:** April 30, 2010 | **Account Type:** | | | | | | |
| **Reporting Period (monthly/year):** NOVEMBER 2010 | | | | | | | |
| Beginning Cash Balance: | | 69,052 | - | (236,267) | 265,742 | 12,328 | 2,000 |
| All receipts received by the debtor: | | | | | | | |
| Misc/Cash Sales: | | - | - | - | - | - | - |
| Collection of Accounts Receivable: | | - | - | - | 2,142,463 | - | - |
| Proceeds from Litigation (settlement or otherwise): | | - | - | - | - | - | - |
| Sale of Debtor's Assets: | | - | - | - | - | - | - |
| Intercompany transfers-net & payroll/imprest funding: | | - | - | - | - | 245,554 | 976 |
| Capital Infusion pursuant to the Plan: | | - | - | - | - | - | - |
| Total of cash received: | | - | - | - | 2,142,463 | 245,554 | 976 |
| Total of cash available: | | 69,052 | - | (236,267) | 2,408,205 | 257,882 | 2,976 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:

| | City National Bank 001-378453 | City National Bank 001-499967 | City National Bank ACCT 1140 | City National Bank 210-110879 | City National Bank 210-110887 | City National Bank 210-110976 |
|---|---|---|---|---|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | - | - | - | 246,818 | - | - |
| Transfer to imprest &/or payroll | - | - | - | 475,867 | - | - |
| Intercompany transfers-net | - | - | - | 864,770 | 257,382 | 976 |
| All other external disbursements made in the ordinary course: | | | | | | |
| Total Disbursements | 655,035 | - | (236,267) | 1,587,455 | 257,382 | 976 |
| Ending Cash Balance | 69,052 | - | - | 820,750 | 500 | 2,000 |

Disbursements for fee calculation= 1,123,128

Fee= $ 6,500

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Geoff Pankau, VP-Controller
Name/Title

11/23/2010
Date

Debtor: UNITED STATES ALUMIMUM-CAROLINA

Case Number: 10-10006

mjn
11/23/2010 2:00 PM
Debtor 10-10006 Nov Qtr 2010

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | City National Bank 001-378463 Predecessor General Disbursing | City National Bank 001-698987 Predecessor Payroll Acct | City National Bank Acct 1140 CASH-Intercompany Transfer | City National Bank 210-110879 Successor General Disbursing | City National Bank 210-110887 Successor Payroll Acct |
|---|---|---|---|---|---|---|---|
| Debtor's Name: | UNITED STATES ALUMINUM CORP-ILLINOIS | Bank: | | | | | |
| Bankruptcy Number: | 10-10007 | Account Number: | | | | | |
| Date of Confirmation: | April 30, 2010 | Account Type: | | | | | |
| Reporting Period (month/year): | NOVEMBER 2010 | | | | | | |
| Beginning Cash Balance: | | | 25,463 | - | 512,685 | (401,778) | 11,495 |
| All receipts received by the debtor: | | | | | | | |
| Misc/Cash Sales: | | | - | - | - | - | - |
| Collection of Accounts Receivable: | | | - | - | - | 1,819,292 | - |
| Proceeds from Litigation (settlement or otherwise): | | | - | - | - | - | - |
| Sale of Debtor's Assets: | | | - | - | - | - | - |
| Intercompany transfers-net & payroll/imprest funding: | | | - | - | 3,045 | - | 221,978 |
| Capital Infusion pursuant to the Plan: | | | - | - | - | - | - |
| Total of cash received: | | | - | - | 3,045 | 1,819,292 | 221,978 |
| Total of cash available: | | | 25,463 | - | 515,729 | 1,417,514 | 233,473 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:

Disbursements made pursuant to the administrative claims of bankruptcy professionals:

| | City National Bank 001-378463 | City National Bank 001-698987 | City National Bank Acct 1140 | City National Bank 210-110879 | City National Bank 210-110887 |
|---|---|---|---|---|---|
| Transfer to imprest &/or payroll | - | - | - | 222,153 | - |
| Intercompany transfers -net | - | - | 3,045 | 831,337 | - |
| All other external disbursements made in the ordinary course: | - | - | - | 541,029 | 232,973 |
| Total Disbursements | 363,642 | - | 3,045 | 1,594,519 | 232,973 |
| Ending Cash Balance | 25,463 | - | 512,685 | (177,005) | 500 |

Disbursements for fee calculation= 774,177

Fee= $ 4,875

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Geoff Pankau, VP-Controller
Name/Title

11/23/2010
Date

Debtor: UNITED STATES ALUMINUM CORP-ILLINOIS

Case Number: 10-10007

mjn
11/23/2010 2:01 PM
Debtor 10-10007 Nov Qtr 2010

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: UNITED STATES ALUMINUM-TEXAS
Bankruptcy Number: 10-10008
Date of Confirmation: April 30, 2010
Reporting Period (monthly/year): NOVEMBER 2010

Bank: / Account Number: / Account Type:

| | City National Bank 001-378453 Predecessor General Disbursing | City National Bank 001-698967 Predecessor Payroll Acct | City National Bank Acct 1140 CASH-IC Transfer | City National Bank 210-110879 Successor General Disbursing | City National Bank 210-110887 Successor Payroll Acct | City National Bank 001-698900 Successor Imprest Acct |
|---|---|---|---|---|---|---|
| Beginning Cash Balance: | 19,233 | - | 1,864,538 | 412,262 | 47,896 | 2,000 |
| All receipts received by the debtor: | | | | | | |
| Misc/Cash Sales: | - | - | - | 48,798 | - | - |
| Collection of Accounts Receivable: | - | - | - | 2,744,207 | - | - |
| Proceeds from Litigation (settlement or otherwise): | - | - | - | - | - | - |
| Sale of Debtor's Assets: | - | - | - | - | - | - |
| Intercompany transfers-net & payroll/imprest funding | - | - | 1,920 | 3,183,512 | 703,579 | 3,287 |
| Capital Infusion pursuant to the Plan: | | | | | | |
| Total of cash received: | | - | 1,920 | 5,976,518 | 703,579 | 3,287 |
| Total of cash available: | 19,233 | - | 1,866,458 | 6,388,780 | 751,475 | 5,287 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | | | | - | | - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | | | | | |
| Transfer to imprest &/or payroll | | | - | 708,154 | - | |
| Intercompany transfers -net | | | 1,920 | 4,374,085 | | |
| All other external disbursements made in the ordinary course: | | | - | 1,788,818 | 750,975 | 3,287 |
| Total Disbursements | 19,233 | | 1,920 | 6,871,057 | 750,975 | 3,287 |
| Ending Cash Balance | 1,403,993 | | 1,864,538 | (482,277) | 500 | 2,000 |

Disbursements for fee calculation= 2,543,081

Fee= $ 9,750

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Geoff Pankau, VP-Controller
Name/Title

11/23/2010
Date

Debtor: UNITED STATES ALUMINUM-TEXAS
Case Number: 10-10008

mjn
11/23/2010 2:01 PM
Debtor 10-10008 Nov Qtr 2010

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: RACO INTERIOR PRODUCTS INC
Bankruptcy Number: 10-10009
Date of Confirmation: April 30, 2010
Reporting Period (month/year): NOVEMBER 2010

| | City National Bank 001-378463 Predecessor General Disbursing | City National Bank 001-698967 Predecessor Payroll Acct | City National Bank ACCT 1140 CASH-I/C TRFR | City National Bank 210-110879 Successor General Disbursing | City National Bank 210-110887 Successor Payroll Acct | City National Bank 210-110984 Successor Imprest Acct |
|---|---|---|---|---|---|---|
| **Bank:** Account Number: Account Type: | | | | | | |
| Beginning Cash Balance: | 41,746 | - | 218,611 | 291,510 | 10,871 | 2,000 |
| All receipts received by the debtor: | | | | | | |
| Misc/Cash Sales: | | - | - | - | - | - |
| Collection of Accounts Receivable: | | - | - | 2,056,187 | - | - |
| Proceeds from Litigation (settlement or otherwise): | | - | - | - | - | - |
| Sale of Debtor's Assets: | | - | - | - | - | - |
| Intercompany transfers-net & payroll/imprest funding | | - | - | - | 233,565 | 642 |
| Capital Infusion pursuant to the Plan: | | | | | | |
| Total of cash received: | - | - | - | 2,056,187 | 233,565 | 642 |
| Total of cash available: | 41,746 | - | 218,611 | 2,347,697 | 244,435 | 2,642 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | | | | | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | | | | | |
| Transfer to imprest &/or payroll | | | | 234,207 | | |
| Intercompany transfers - net | | | | 755,949 | | |
| All other external disbursements made in the ordinary course: | | | | 1,038,604 | 243,935 | 642 |
| Total Disbursements | 581,794 | | 218,611 | 2,028,760 | 243,935 | 2,000 |
| Ending Cash Balance | 41,746 | - | - | 318,937 | 500 | 642 |

Disbursements for fee calculation= 1,293,182

Fee= $ 6,500

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Geoff Pankau, VP-Controller
Name/Title

11/23/2010
Date

Debtor: RACO INTERIOR PRODUCTS INC
Case Number: 10-10009

mjh
11/23/2010 2:04 PM
Debtor 10-10009 Nov Qtr 2010

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| Debtor's Name: | GENERAL WINDOW CORPORATION | Bank: | |
|---|---|---|---|
| Bankruptcy Number: | 10-10010 | Account Number: | |
| Date of Confirmation: | April 30, 2010 | Account Type: | |
| Reporting Period (month/year): | NOVEMBER 2010 | | |

| | City National Bank 001-378453 Predecessor General Disbursing | City National Bank 001-699067 Predecessor Payroll Acct | City National Bank ACCT 1140 CASH-I/C TRANSFER | City National Bank 210-110879 Successor General Disbursing | City National Bank 210-110887 Successor Payroll Acct | City National Bank 210-110941 Successor Imprest Acct |
|---|---|---|---|---|---|---|
| Beginning Cash Balance: | 12,654 | - | 338,784 | (163,354) | 31,193 | 2,000 |
| All receipts received by the debtor: | | | | | | |
| Misc/Cash Sales: | - | - | - | 2,521,863 | - | - |
| Collection of Accounts Receivable: | - | - | - | - | - | - |
| Proceeds from Litigation (settlement or otherwise): | - | - | - | - | - | - |
| Sale of Debtor's Assets: | - | - | - | - | 365,210 | 763 |
| Intercompany transfers-net & payroll/imprest funding | - | - | - | - | - | - |
| Capital Infusion pursuant to the Plan: | | | | | | |
| Total of cash received: | - | - | - | 2,521,863 | 365,210 | 763 |
| Total of cash available: | 12,654 | - | 338,784 | 2,368,509 | 396,402 | 2,763 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | | | | | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | | | 365,500 | - | - |
| Transfer to imprest &/or payroll | | | | 390,284 | - | |
| Intercompany transfers -net | | | | | | |
| All other external disbursements made in the ordinary course: | | | | 1,218,123 | 395,902 | 763 |
| Total Disbursements | 748,541 | | 338,784 | 1,973,906 | 395,902 | 763 |
| Ending Cash Balance | 12,654 | | | 394,602 | 500 | 2,000 |

Disbursements for fee calculation= 1,614,788

Fee= $ 6,500

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| 11/23/2010 | /s/ Geoff Pankau, VP-Controller |
|---|---|
| Date | Name/Title |

Debtor: GENERAL WINDOW CORPORATION

Case Number: 10-10010

mjn
11/23/2010 2:04 PM
Debtor 10-10010 Nov Qtr 2010

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: INTERNATIONAL EXTRUSION CORP-TEXAS
Bankruptcy Number: 10-10011
Date of Confirmation: April 30, 2010
Reporting Period (monthly/year): NOVEMBER 2010

| | City National Bank 001-378453 | City National Bank 001-499567 | City National Bank Acct 1140 | City National Bank 210-110879 | City National Bank 210-110887 | City National Bank 210-110895 |
|---|---|---|---|---|---|---|
| **Bank:** Account Number: Account Type: | Predecessor General Disbursing | Predecessor Payroll Acct | CASH-Interco Trfr | Successor General Disbursing | Successor Payroll Acct | Successor Imprest Acct |
| Beginning Cash Balance: | 11,192 | - | 3,397,104 | (1,607,807) | 78,847 | 2,000 |
| All receipts received by the debtor: | | | | | | |
| Misc/Cash Sales: | - | - | - | - | - | - |
| Collection of Accounts Receivable: | - | - | - | 4,956,562 | - | - |
| Proceeds from Litigation (settlement or otherwise): | - | - | - | - | - | - |
| Sale of Debtor's Assets: | - | - | - | - | - | - |
| Intercompany transfers-net & payroll/imprest funding | - | - | - | 4,515,984 | 922,619 | 288 |
| Capital Infusion pursuant to the Plan: | | | | | | |
| Total cash received: | - | - | 3,397,104 | 9,472,546 | 922,619 | 288 |
| Total of cash available: | 11,192 | - | 3,397,104 | 7,864,739 | 1,001,466 | 2,288 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | | | | | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | | | | | |
| Transfer to imprest &/or payroll | - | - | - | 922,907 | - | - |
| Intercompany transfers -net | - | - | - | 43,007 | - | - |
| All other external disbursements made in the ordinary course: | 11,192 | - | 3,397,104 | 8,258,986 | 1,000,966 | 288 |
| Total Disbursements | 2,050,635 | - | 3,397,104 | 9,224,900 | 1,000,966 | 288 |
| Ending Cash Balance | 11,192 | - | 3,397,104 | (1,360,161) | 500 | 2,000 |

Disbursements for fee calculations= 9,280,240    Fee= $ 13,000

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

11/23/2010
Date

/s/ Geoff Pankau, VP-Controller
Name/Title

Debtor: INTERNATIONAL EXTRUSION CORP-TEXAS
Case Number: 10-10011

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| Debtor's Name: | INTERNATIONAL EXTRUSION CORP |
|---|---|
| Bankruptcy Number: | 10-10012 |
| Date of Confirmation: | April 30, 2010 |
| Reporting Period (month/year): | NOVEMBER 2010 |

| | City National Bank 001-378453 | City National Bank 001-696987 | City National Bank Acct 1140 | City National Bank 210-110879 | City National Bank 210-110887 | City National Bank NONE |
|---|---|---|---|---|---|---|
| Bank: Account Number: | Predecessor General Disbursing | Predecessor Payroll Acct | Cash-Intercompany Transfer | Successor General Disbursing | Successor Payroll Acct | Successor Imprest Acct |
| Account Type: | | | | | | |
| Beginning Cash Balance: | 13,625 | - | (419,333) | 348,152 | - | - |
| All receipts received by the debtor: | | | | | | |
| Misc/Cash Sales: | - | - | - | - | - | - |
| Collection of Accounts Receivable: | - | - | - | 412,146 | - | - |
| Proceeds from Litigation (settlement or otherwise): | - | - | - | - | - | - |
| Sale of Debtor's Assets: | - | - | - | - | - | - |
| Intercompany transfers-net & payroll/imprest funding | - | - | - | - | - | - |
| Capital Infusion pursuant to the Plan: | | | | | | |
| Total of cash received: | - | - | - | 412,146 | - | - |
| Total of cash available: | 13,625 | - | (419,333) | 760,298 | - | - |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | | | | | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | | | | | |
| Transfer to imprest &/or payroll | - | - | - | - | - | - |
| Intercompany transfers -net | - | - | - | 80 | - | - |
| All other external disbursements made in the ordinary course: | - | - | - | 448,336 | - | - |
| Total Disbursements | (93,826) | - | (419,333) | 448,416 | - | - |
| Ending Cash Balance | 13,625 | - | - | 311,882 | - | - |

Disbursements for fee calculations= 448,336

Fees= $ 4,875

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Geoff Pankau, VP-Controller
Name/Title

11/23/2010
Date

| Debtor: | INTERNATIONAL EXTRUSION CORP |
|---|---|
| Case Number: | 10-10012 |

mjn
11/23/2010 2:05 PM
Debtor 10-10012 Nov Qtr 2010

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | City National Bank 001-378453 Predecessor General Disbursing | City National Bank 001-695967 Predecessor Payroll Acct | City National Bank Acct 1140 CASH-Interco Trfr | City National Bank 210-110879 Successor General Disbursing | City National Bank 210-110887 Successor Payroll Acct | City National Bank 210-110925 Successor Imprest Acct |
|---|---|---|---|---|---|---|
| Debtor's Name: INTERNATIONAL WINDOW-ARIZONA INC | | | | | | |
| Bankruptcy Number: 10-10013 | | | | | | |
| Bank: / Account Number: / Account Type: | | | | | | |
| Date of Confirmation: April 30, 2010 | | | | | | |
| Reporting Period (month/year): NOVEMBER 2010 | | | | | | |
| Beginning Cash Balance: | 1,553 | - | 224,619 | 6,632 | 16,930 | 2,000 |
| All receipts received by the debtor: | | | | | | |
| Misc/Cash Sales: | - | - | - | - | - | - |
| Collection of Accounts Receivable: | - | - | - | 938,255 | - | - |
| Proceeds from Litigation (settlement or otherwise): | - | - | - | - | - | - |
| Sale of Debtor's Assets: | - | - | - | - | - | - |
| Intercompany transfers-net & payroll/imprest funding | - | - | - | - | 249,990 | 2,495 |
| Capital Infusion pursuant to the Plan: | - | - | - | - | - | - |
| Total of cash received: | - | - | - | 938,255 | 249,990 | 2,495 |
| Total of cash available: | 1,553 | - | 224,619 | 944,887 | 266,920 | 4,495 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | - | - | - | - | - | - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | | | | | |
| Transfer to imprest &/or payroll | | | | 252,485 | | |
| Intercompany transfers -net | (470) | | 470 | 85,188 | | |
| All other external disbursements made in the ordinary course: | 234,529 | | | 601,357 | 266,420 | 2,495 |
| Total Disbursements | (470) | - | 224,149 | 939,030 | 266,420 | 2,495 |
| Ending Cash Balance | 2,023 | - | 470 | 5,857 | 500 | 2,000 |

Disbursements for fee calculation= $ 870,272   Fee= 4,875

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Geoff Pankau, VP-Controller
Name/Title

11/23/2010
Date

Debtor: INTERNATIONAL WINDOW-ARIZONA INC

Case Number: 10-10013

mjh
11/23/2010 2:06 PM
Debtor 10-10013 Nov Qtr 2010

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | City National Bank 001-378453 | City National Bank 001-696967 | City National Bank Acct 1140 | City National Bank 210-110879 | City National Bank 210-110887 | City National Bank 210-110909 |
|---|---|---|---|---|---|---|---|
| Debtor's Name: | INTERNATIONAL WINDOW CORP | Predecessor General Disbursing | Predecessor Payroll Acct | Cash-Intercompany Transfer | Successor General Disbursing | Successor Payroll Acct | Successor Imprest Acct |
| Bankruptcy Number: | 10-10014 | | | | | | |
| Date of Confirmation: | April 30, 2010 | | | | | | |
| Reporting Period (month/year): | NOVEMBER 2010 | | | | | | |
| Beginning Cash Balance: | | 8,296 | - | 548,426 | (227,299) | 26,248 | 2,000 |
| All receipts received by the debtor: | | | | | | | |
| Misc/Cash Sales: | | - | - | - | - | - | - |
| Collection of Accounts Receivable: | | - | - | - | 2,035,206 | - | - |
| Proceeds from Litigation (settlement or otherwise): | | - | - | - | - | - | - |
| Sale of Debtor's Assets: | | - | - | - | - | 376,985 | - |
| Intercompany transfers-net & payroll/imprest funding | | | | | | | |
| Capital Infusion pursuant to the Plan: | | | | | | | |
| Total cash received: | | 8,296 | | 548,426 | 2,035,206 | 376,985 | |
| Total of cash available: | | 8,296 | | 548,426 | 1,807,907 | 403,233 | 2,000 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | | | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | | | | | | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | | | | | | |
| Transfer to imprest &/or payroll | | | | | 376,985 | | 2,000 |
| Intercompany transfers -net | | | | | 89,644 | 402,733 | |
| All other external disbursements made in the ordinary course: | | | | | 1,061,215 | 402,733 | |
| Total Disbursements | | 839,284 | | 548,426 | 1,527,843 | 402,733 | |
| Ending Cash Balance | | 8,296 | | | 280,063 | 500 | 2,000 |

Disbursements for fee calculations= 1,483,947

Fee=  $ 6,500

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Geoff Pankau, VP-Controller
Name/Title

11/23/2010
Date

Debtor:        INTERNATIONAL WINDOW CORP

Case Number:   10-10014

mjn
11/23/2010 2:07 PM
Debtor 10-10014 Nov Qtr 2010

In re International Aluminum Corporation
Debtor

Case No. 10-10003 (MFW)
Reporting Period: November 30, 2010

## BALANCE SHEET

| ASSETS | November 30, 2010 |
|---|---|
| Cash (Unrestricted) | 3,405,361 |
| Cash (Restricted) | 1,275,000 |
| Accounts Receivable (Net) | 11,204,316 |
| Inventory | 0 |
| Notes Receivable | 35,768,339 |
| Prepaid Expenses | 64,364 |
| Other (Attach List) | 753,851 |
| Total Current Assets | 52,471,232 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 590,000 |
| Machinery & Equipment | 5,300 |
| Furniture, fixtures & Office Equipment | 421,404 |
| Vehicles | 28,300 |
| Leasehold Improvements | 48,000 |
| Less: Accumulated Depreciation/Depletion | -91,848 |
| Total Property, Plant & Equipment | 1,001,156 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 504,605 |
| Total Assets | 53,976,992 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 207,211 |
| Taxes Payable | 38,863 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 101,738,487 |
| Other (Attach List) | 6,161,196 |
| Total Postpetition Liabilities | 108,145,757 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 38,448,341 |
| Priority Debt - Per Plan | 0 |
| Unsecured Debt - Per Plan | 0 |
| Other (Attach List) - Per Plan | 287,705 |
| Total Pre-petition Liabilities | 38,736,045 |
| Total Liabilities | 146,881,802 |
| **Equity** | |
| Common Stock | -81,368,757 |
| Retained Earnings (Deficit) | -11,536,053 |
| Total Equity (Deficit) | -92,904,810 |
| Total Liabilities & Owners' Equity | 53,976,992 |

## BALANCE SHEET

| ASSETS | November 30, 2010 |
|---|---|
| Other Current Assets | |
|   Deposits | 379,688 |
|   Future Income Tax Benefits | 374,163 |
| Total Other Current Assets | 753,851 |
| | |
| Other Long Term Assets | |
|   Deposits | 10,800 |
|   Deferred Expenses | 353,675 |
| Total Other Long Term Assets | |
| | 364,475 |
| Other Post-petition Liabilities | |
|   Unclaimed Wages | 9 |
|   Employee Withholdings | 5,921,619 |
|   Accrued Insurance | 19,756 |
|   OTHER PAYABLES | |
|   Interest Payable | 219,813 |
|   ACCRD LIAB-L | 0 |
| Total Other Post-petition Liabilities | 6,161,196 |
| | |
| Other Pre-petition Liabilities | |
|   Accounts Payable | 287,705 |

## BALANCE SHEET

| ASSETS | November 30, 2010 |
|---|---|
| Cash (Unrestricted) | 49,720 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 2,561,632 |
| Inventory | 2,365,628 |
| Notes Receivable | 15,800,000 |
| Prepaid Expenses | 267,669 |
| Other (Attach List) | 52,488 |
| Total Current Assets | 21,097,137 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 0 |
| Machinery & Equipment | 1,209,949 |
| Furniture, fixtures & Office Equipment | 34,376 |
| Vehicles | 30,900 |
| Leasehold Improvements | 17,400 |
| Less: Accumulated Depreciation/Depletion | -196,812 |
| Total Property, Plant & Equipment | 1,095,813 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 306,915 |
| Total Assets | 22,499,865 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 202,773 |
| Taxes Payable | -1,672,651 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 1,240,136 |
| Other (Attach List) | 1,588,252 |
| Total Postpetition Liabilities | 1,358,510 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 0 |
| Unsecured Debt - Per Plan | 0 |
| Other (Attach List) - Per Plan | 13,317 |
| Total Pre-petition Liabilities | 13,317 |
| Total Liabilities | 1,371,827 |
| **Equity** | |
| Common Stock | 34,056 |
| Retained Earnings (Deficit) | 21,093,981 |
| Total Equity (Deficit) | 21,128,038 |
| Total Liabilities & Owners' Equity | 22,499,865 |

## BALANCE SHEET

| ASSETS | November 30, 2010 |
|---|---|
| Other Current Assets | |
|    Deposits | 52,488 |
|    Future Income Tax Benefits | 0 |
| Total Other Current Assets | 52,488 |
| | |
| Other Long Term Assets | |
|    Deposits | 400 |
|    Deferred Expenses | 306,515 |
| Total Other Long Term Assets | |
| | 306,915 |
| Other Post-petition Liabilities | |
|    Unclaimed Wages | 0 |
|    Unclaimed Property | 1,572,720 |
|    Accrued Insurance | 0 |
|    Accrued Insurance | 1,894 |
|    Interest Payable | 0 |
|    Lease Liability | 13,638 |
| Total Other Post-petition Liabilities | 1,588,252 |
| | |
| Other Pre-petition Liabilities | |
|    Accounts Payable | 13,317 |

## BALANCE SHEET

| ASSETS | November 30, 2010 |
|---|---|
| Cash (Unrestricted) | 656,035 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 2,967,336 |
| Inventory | 3,437,215 |
| Notes Receivable | 9,900,000 |
| Prepaid Expenses | 297,341 |
| Other (Attach List) | 28,944 |
| Total Current Assets | 17,286,870 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 0 |
| Machinery & Equipment | 508,127 |
| Furniture, fixtures & Office Equipment | 22,066 |
| Vehicles | 19,500 |
| Leasehold Improvements | 21,301 |
| Less: Accumulated Depreciation/Depletion | -99,232 |
| Total Property, Plant & Equipment | 471,762 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 210,241 |
| Total Assets | 17,968,873 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 864,540 |
| Taxes Payable | -234,187 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 1,054,930 |
| Other (Attach List) | 234,122 |
| Total Postpetition Liabilities | 1,919,405 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 0 |
| Unsecured Debt - Per Plan | 0 |
| Other (Attach List) - Per Plan | 6,350 |
| Total Pre-petition Liabilities | 6,350 |
| Total Liabilities | 1,925,754 |
| **Equity** | |
| Common Stock | 1,271,778 |
| Retained Earnings (Deficit) | 14,771,341 |
| Total Equity (Deficit) | 16,043,119 |
| Total Liabilities & Owners' Equity | 17,968,873 |

In re United States Aluminum Corporation - Carolina
Debtor

Case No. 10-10006 (MFW)
Reporting Period: November 30, 2010

**BALANCE SHEET**

| ASSETS | November 30, 2010 |
|---|---|
| Other Current Assets | |
|   Deposits | 28,944 |
|   Future Income Tax Benefits | 0 |
| Total Other Current Assets | 28,944 |
| | |
| Other Long Term Assets | |
|   Deposits | 27,521 |
|   Deferred Expenses | 182,720 |
| Total Other Long Term Assets | |
| | 210,241 |
| Other Post-petition Liabilities | |
|   Unclaimed Wages | 0 |
|   Unclaimed Property | 164,406 |
|   Accrued Insurance | 0 |
|   Accrued Insurance | 8,786 |
|   Interest Payable | 0 |
|   Lease Liability | 60,930 |
| Total Other Post-petition Liabilities | 234,122 |
| | |
| Other Pre-petition Liabilities | |
|   Accounts Payable | 6,350 |

In re United States Aluminum Corporation - Illinois
Debtor

Case No. 10-10007 (MFW)
Reporting Period: November 30, 2010

## BALANCE SHEET

| ASSETS | November 30, 2010 |
|---|---|
| Cash (Unrestricted) | 0 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 2,571,322 |
| Inventory | 1,964,524 |
| Notes Receivable | 14,500,000 |
| Prepaid Expenses | 264,997 |
| Other (Attach List) | 9,029 |
| Total Current Assets | 19,309,873 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 0 |
| Machinery & Equipment | 863,021 |
| Furniture, fixtures & Office Equipment | 23,199 |
| Vehicles | 22,100 |
| Leasehold Improvements | 15,200 |
| Less: Accumulated Depreciation/Depletion | -71,124 |
| Total Property, Plant & Equipment | 852,395 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 1,152,561 |
| Total Assets | 21,314,829 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 1,576,434 |
| Taxes Payable | -1,427,306 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 5,284,111 |
| Other (Attach List) | 1,763,081 |
| Total Postpetition Liabilities | 7,196,320 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 0 |
| Unsecured Debt - Per Plan | 0 |
| Other (Attach List) - Per Plan | 1,804 |
| Total Pre-petition Liabilities | 1,804 |
| Total Liabilities | 7,198,124 |
| **Equity** | |
| Common Stock | 3,919,260 |
| Retained Earnings (Deficit) | 10,197,444 |
| Total Equity (Deficit) | 14,116,705 |
| Total Liabilities & Owners' Equity | 21,314,829 |

**BALANCE SHEET**

| ASSETS | November 30, 2010 |
|---|---|
| Other Current Assets | |
|   Deposits | 9,029 |
|   Future Income Tax Benefits | 0 |
| Total Other Current Assets | 9,029 |
| | |
| Other Long Term Assets | |
|   Deposits | 23,234 |
|   Deferred Expenses | 1,129,326 |
| Total Other Long Term Assets | |
| | 1,152,561 |
| Other Post-petition Liabilities | |
|   Unclaimed Wages | 0 |
|   Unclaimed Property | 1,758,803 |
|   Accrued Insurance | 0 |
|   Accrued Insurance | 3,534 |
|   Interest Payable | 0 |
|   Lease Liability | 744 |
| Total Other Post-petition Liabilities | 1,763,081 |
| | |
| Other Pre-petition Liabilities | |
|   Accounts Payable | 1,804 |

**BALANCE SHEET**

| ASSETS | November 30, 2010 |
|---|---|
| Cash (Unrestricted) | 2,648,341 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 4,545,960 |
| Inventory | 4,807,585 |
| Notes Receivable | 5,800,000 |
| Prepaid Expenses | 159,227 |
| Other (Attach List) | 3,480 |
| Total Current Assets | 17,964,593 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 4,290,067 |
| Machinery & Equipment | 1,239,013 |
| Furniture, fixtures & Office Equipment | 63,923 |
| Vehicles | 46,730 |
| Leasehold Improvements | 9,300 |
| Less: Accumulated Depreciation/Depletion | -444,645 |
| Total Property, Plant & Equipment | 5,204,387 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 34,044 |
| Total Assets | 23,203,024 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 355,300 |
| Taxes Payable | -1,248,984 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 5,325,122 |
| Other (Attach List) | 325,814 |
| Total Postpetition Liabilities | 4,757,253 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 0 |
| Unsecured Debt - Per Plan | 0 |
| Other (Attach List) - Per Plan | 9,460 |
| Total Pre-petition Liabilities | 9,460 |
| Total Liabilities | 4,766,713 |
| **Equity** | |
| Common Stock | 5,537,402 |
| Retained Earnings (Deficit) | 12,898,910 |
| Total Equity (Deficit) | 18,436,312 |
| Total Liabilities & Owners' Equity | 23,203,024 |

## BALANCE SHEET

| ASSETS | November 30, 2010 |
|---|---|
| Other Current Assets | |
|    Deposits | 3,480 |
|    Future Income Tax Benefits | 0 |
| Total Other Current Assets | 3,480 |
| | |
| Other Long Term Assets | |
|    Deposits | 20,709 |
|    Deferred Expenses | 13,335 |
| Total Other Long Term Assets | |
| | 34,044 |
| Other Post-petition Liabilities | |
|    Unclaimed Wages | 0 |
|    Unclaimed Property | 298,574 |
|    Accrued Insurance | 0 |
|    Accrued Insurance | 13,483 |
|    Interest Payable | 0 |
|    Lease Liability | 13,757 |
| Total Other Post-petition Liabilities | 325,814 |
| | |
| Other Pre-petition Liabilities | |
|    Accounts Payable | 9,460 |

In re RACO Interior Products, Inc.
          Debtor

## BALANCE SHEET

| ASSETS | November 30, 2010 |
|---|---:|
| Cash (Unrestricted) | 581,794 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 2,642,254 |
| Inventory | 1,570,256 |
| Notes Receivable | 400,000 |
| Prepaid Expenses | 128,318 |
| Other (Attach List) | 0 |
| Total Current Assets | 5,322,622 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 1,790,011 |
| Machinery & Equipment | 343,159 |
| Furniture, fixtures & Office Equipment | 28,568 |
| Vehicles | 22,500 |
| Leasehold Improvements | 4,400 |
| Less: Accumulated Depreciation/Depletion | -158,334 |
| Total Property, Plant & Equipment | 2,030,304 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 137,872 |
| Total Assets | 7,490,797 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 1,170,641 |
| Taxes Payable | 10,664 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 969,263 |
| Other (Attach List) | 310,477 |
| Total Postpetition Liabilities | 2,461,045 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 0 |
| Unsecured Debt - Per Plan | 0 |
| Other (Attach List) - Per Plan | 13,538 |
| Total Pre-petition Liabilities | 13,538 |
| Total Liabilities | 2,474,583 |
| **Equity** | |
| Common Stock | 6,564,572 |
| Retained Earnings (Deficit) | -1,548,358 |
| Total Equity (Deficit) | 5,016,214 |
| Total Liabilities & Owners' Equity | 7,490,797 |

**BALANCE SHEET**

| ASSETS | November 30, 2010 |
|---|---:|
| Other Current Assets | |
|   Deposits | 0 |
|   Future Income Tax Benefits | 0 |
| Total Other Current Assets | 0 |
| | |
| Other Long Term Assets | |
|   Deposits | 4,332 |
|   Deferred Expenses | 133,540 |
| Total Other Long Term Assets | |
| | 137,872 |
| Other Post-petition Liabilities | |
|   Unclaimed Wages | 0 |
|   Unclaimed Property | 295,137 |
|   Accrued Insurance | 0 |
|   Accrued Insurance | 15,340 |
|   Interest Payable | 0 |
|   Lease Liability | 0 |
| Total Other Post-petition Liabilities | 310,477 |
| | |
| Other Pre-petition Liabilities | |
|   Accounts Payable | 13,538 |

## BALANCE SHEET

| ASSETS | November 30, 2010 |
|---|---|
| Cash (Unrestricted) | 748,541 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 1,159,215 |
| Inventory | 1,371,861 |
| Notes Receivable | 25,000,000 |
| Prepaid Expenses | 377,608 |
| Other (Attach List) | 34,263 |
| Total Current Assets | 28,691,488 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 0 |
| Machinery & Equipment | 2,171,179 |
| Furniture, fixtures & Office Equipment | 39,665 |
| Vehicles | 247,700 |
| Leasehold Improvements | 4,600 |
| Less: Accumulated Depreciation/Depletion | -336,179 |
| Total Property, Plant & Equipment | 2,126,965 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 168,090 |
| Total Assets | 30,986,543 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 979,751 |
| Taxes Payable | -1,753,155 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 1,690,322 |
| Other (Attach List) | 3,841,275 |
| Total Postpetition Liabilities | 4,758,193 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 0 |
| Unsecured Debt - Per Plan | 0 |
| Other (Attach List) - Per Plan | 2,383 |
| Total Pre-petition Liabilities | 2,383 |
| Total Liabilities | 4,760,576 |
| **Equity** | |
| Common Stock | 1,461,816 |
| Retained Earnings (Deficit) | 24,764,150 |
| Total Equity (Deficit) | 26,225,967 |
| Total Liabilities & Owners' Equity | 30,986,543 |

**BALANCE SHEET**

| ASSETS | November 30, 2010 |
|---|---|
| Other Current Assets | |
|   Deposits | 34,263 |
|   Future Income Tax Benefits | 0 |
| Total Other Current Assets | 34,263 |
| | |
| Other Long Term Assets | |
|   Deposits | 0 |
|   Deferred Expenses | 168,090 |
| Total Other Long Term Assets | |
| | 168,090 |
| Other Post-petition Liabilities | |
|   Unclaimed Wages | 0 |
|   Unclaimed Property | 3,847,256 |
|   Accrued Insurance | 0 |
|   Accrued Insurance | -5,981 |
|   Interest Payable | 0 |
|   Lease Liability | 0 |
| Total Other Post-petition Liabilities | 3,841,275 |
| | |
| Other Pre-petition Liabilities | |
|   Accounts Payable | 2,383 |

**BALANCE SHEET**

| ASSETS | November 30, 2010 |
|---|---|
| Cash (Unrestricted) | 2,050,635 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 4,629,190 |
| Inventory | 2,216,276 |
| Notes Receivable | 0 |
| Prepaid Expenses | 251,226 |
| Other (Attach List) | 20,673 |
| Total Current Assets | 9,168,000 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 6,280,087 |
| Machinery & Equipment | 6,412,450 |
| Furniture, fixtures & Office Equipment | 27,265 |
| Vehicles | 21,900 |
| Leasehold Improvements | 0 |
| Less: Accumulated Depreciation/Depletion | -1,390,629 |
| Total Property, Plant & Equipment | 11,351,074 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 8,010 |
| Total Assets | 20,527,084 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 3,855,575 |
| Taxes Payable | -1,398,157 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 7,126,676 |
| Other (Attach List) | 41,237 |
| Total Postpetition Liabilities | 9,625,331 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 0 |
| Unsecured Debt - Per Plan | 0 |
| Other (Attach List) - Per Plan | 41,180 |
| Total Pre-petition Liabilities | 41,180 |
| Total Liabilities | 9,666,511 |
| **Equity** | |
| Common Stock | 10,748,508 |
| Retained Earnings (Deficit) | 112,066 |
| Total Equity (Deficit) | 10,860,573 |
| Total Liabilities & Owners' Equity | 20,527,084 |

**BALANCE SHEET**

| ASSETS | November 30, 2010 |
|---|---|
| Other Current Assets | |
|   Deposits | 20,673 |
|   Future Income Tax Benefits | 0 |
| Total Other Current Assets | 20,673 |
| | |
| Other Long Term Assets | |
|   Deposits | 8,010 |
|   Deferred Expenses | 0 |
| Total Other Long Term Assets | |
| | 8,010 |
| Other Post-petition Liabilities | |
|   Unclaimed Wages | 0 |
|   Unclaimed Property | 34,078 |
|   Accrued Insurance | 0 |
|   Accrued Insurance | 7,160 |
|   Interest Payable | 0 |
|   Lease Liability | 0 |
| Total Other Post-petition Liabilities | 41,237 |
| | |
| Other Pre-petition Liabilities | |
|   Accounts Payable | 41,180 |

## BALANCE SHEET

| ASSETS | November 30, 2010 |
|---|---:|
| Cash (Unrestricted) | -93,826 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 177,158 |
| Inventory | 0 |
| Notes Receivable | 0 |
| Prepaid Expenses | 18,968 |
| Other (Attach List) | 0 |
| Total Current Assets | 102,300 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 6,500,062 |
| Machinery & Equipment | 202,676 |
| Furniture, fixtures & Office Equipment | 1,636 |
| Vehicles | 12,002 |
| Leasehold Improvements | 0 |
| Less: Accumulated Depreciation/Depletion | 0 |
| Total Property, Plant & Equipment | 6,716,376 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 0 |
| Total Assets | 6,818,676 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 158,710 |
| Taxes Payable | -1,470,961 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 20,756,546 |
| Other (Attach List) | -13,952 |
| Total Postpetition Liabilities | 19,430,343 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 0 |
| Unsecured Debt - Per Plan | 0 |
| Other (Attach List) - Per Plan | 1,476 |
| Total Pre-petition Liabilities | 1,476 |
| Total Liabilities | 19,431,819 |
| **Equity** | |
| Common Stock | 2,313,288 |
| Retained Earnings (Deficit) | -14,926,431 |
| Total Equity (Deficit) | -12,613,143 |
| Total Liabilities & Owners' Equity | 6,818,676 |

## BALANCE SHEET

| ASSETS | November 30, 2010 |
|---|---|
| Other Current Assets | |
| Deposits | 0 |
| Future Income Tax Benefits | 0 |
| Total Other Current Assets | 0 |
| | |
| Other Long Term Assets | |
| Deposits | 0 |
| Deferred Expenses | 0 |
| Total Other Long Term Assets | |
| | 0 |
| Other Post-petition Liabilities | |
| Unclaimed Wages | 0 |
| Unclaimed Property | 4,799 |
| Accrued Insurance | 0 |
| Accrued Insurance | -18,751 |
| Interest Payable | 0 |
| Lease Liability | 0 |
| Total Other Post-petition Liabilities | -13,952 |
| | |
| Other Pre-petition Liabilities | |
| Accounts Payable | 1,476 |

## BALANCE SHEET

| ASSETS | November 30, 2010 |
|---|---|
| Cash (Unrestricted) | 234,529 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 647,310 |
| Inventory | 2,319,222 |
| Notes Receivable | 0 |
| Prepaid Expenses | 212,707 |
| Other (Attach List) | 17,450 |
| Total Current Assets | 3,431,218 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 0 |
| Machinery & Equipment | 864,888 |
| Furniture, fixtures & Office Equipment | 21,506 |
| Vehicles | 242,005 |
| Leasehold Improvements | 0 |
| Less: Accumulated Depreciation/Depletion | -239,601 |
| Total Property, Plant & Equipment | 888,798 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 198,697 |
| Total Assets | 4,518,713 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 176,111 |
| Taxes Payable | -2,147,645 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 1,290,885 |
| Other (Attach List) | 2,977,904 |
| Total Postpetition Liabilities | 2,297,256 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 0 |
| Unsecured Debt - Per Plan | 0 |
| Other (Attach List) - Per Plan | 5,612 |
| Total Pre-petition Liabilities | 5,612 |
| Total Liabilities | 2,302,868 |
| **Equity** | |
| Common Stock | 1,521,290 |
| Retained Earnings (Deficit) | 694,555 |
| Total Equity (Deficit) | 2,215,845 |
| Total Liabilities & Owners' Equity | 4,518,713 |

**BALANCE SHEET**

| ASSETS | November 30, 2010 |
|---|---|
| Other Current Assets | |
|   Deposits | 17,450 |
|   Future Income Tax Benefits | 0 |
| Total Other Current Assets | 17,450 |
| | |
| Other Long Term Assets | |
|   Deposits | 942 |
|   Deferred Expenses | 197,755 |
| Total Other Long Term Assets | |
| | 198,697 |
| Other Post-petition Liabilities | |
|   Unclaimed Wages | 0 |
|   Unclaimed Property | 2,976,404 |
|   Accrued Insurance | 0 |
|   Accrued Insurance | 1,500 |
|   Interest Payable | 0 |
|   Lease Liability | 0 |
| Total Other Post-petition Liabilities | 2,977,904 |
| | |
| Other Pre-petition Liabilities | |
|   Accounts Payable | 5,612 |

## BALANCE SHEET

| ASSETS | November 30, 2010 |
|---|---|
| Cash (Unrestricted) | 839,285 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 1,584,456 |
| Inventory | 1,777,075 |
| Notes Receivable | 20,127,868 |
| Prepaid Expenses | 362,961 |
| Other (Attach List) | 41,873 |
| Total Current Assets | 24,733,519 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 0 |
| Machinery & Equipment | 1,508,384 |
| Furniture, fixtures & Office Equipment | 74,296 |
| Vehicles | 283,800 |
| Leasehold Improvements | 0 |
| Less: Accumulated Depreciation/Depletion | -376,004 |
| Total Property, Plant & Equipment | 1,490,476 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 257,080 |
| Total Assets | 26,481,075 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 641,081 |
| Taxes Payable | -799,387 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 1,623,776 |
| Other (Attach List) | 94,870 |
| Total Postpetition Liabilities | 1,560,340 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 0 |
| Unsecured Debt - Per Plan | 0 |
| Other (Attach List) - Per Plan | 1,623 |
| Total Pre-petition Liabilities | 1,623 |
| Total Liabilities | 1,561,964 |
| **Equity** | |
| Common Stock | 919,801 |
| Retained Earnings (Deficit) | 23,999,310 |
| Total Equity (Deficit) | 24,919,112 |
| Total Liabilities & Owners' Equity | 26,481,075 |

**BALANCE SHEET**

| ASSETS | November 30, 2010 |
|---|---|
| Other Current Assets | |
| Deposits | 41,873 |
| Future Income Tax Benefits | 0 |
| Total Other Current Assets | 41,873 |
| | |
| Other Long Term Assets | |
| Deposits | 0 |
| Deferred Expenses | 257,080 |
| Total Other Long Term Assets | |
| | 257,080 |
| Other Post-petition Liabilities | |
| Unclaimed Wages | 0 |
| Unclaimed Property | 81,564 |
| Accrued Insurance | 0 |
| Accrued Insurance | 13,306 |
| Interest Payable | 0 |
| Lease Liability | 0 |
| Total Other Post-petition Liabilities | 94,870 |
| | |
| Other Pre-petition Liabilities | |
| Accounts Payable | 1,623 |